IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:24-CV-05315 |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D., | : |
| Defendants. | : |

## **AMENDED PROPOSED ORDER**

AND NOW this _____ day of _____, 202__, upon consideration of the Partial Motion of Defendants The Institute for Cancer Research, Temple University Health System, Temple University and Jonathan Chernoff, M.D., Ph.D. to Dismiss Counts I through VII and Count XIV of the Complaint of Plaintiff Alana M. O'Reilly, Ph.D., and Plaintiff's opposition thereto, it is hereby ORDERED that Defendants' Motion is GRANTED. It is FURTHER ORDERED that Counts I through VII and Count XIV of Plaintiff's Complaint are hereby DISMISSED.

BY THE COURT:

_____
Hon. Karen Spencer Marston, U.S.D.J.

LEGAL\74183925\1