IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ALANA M. O'REILLY, Ph.D., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 2:24-CV-05315 |
| v. | : | |
| | : | (JUDGE MARSTON) |
| | : | |
| | : | [ELECTRONICALLY FILED] |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D., | : | |
| Defendants. | : | |

### DEFENDANTS' MOTION TO COMPEL DISCOVERY

Pursuant to Local Rule 26.1, Defendants, The Research Institute of Fox Chase Cancer Center (incorrectly named "The Institute For Cancer Research d/b/a Fox Chase Cancer Center"; "FCCC"), Temple University Health System, Temple University and Jonathan Chernoff, M.D., Ph.D. ("Defendants"), through their attorneys, move to compel Plaintiff Alana M. O'Reilly, Ph.D.'s full and complete responses to Interrogatory Nos. 5, 6 and 14 of Defendant the Institute for Cancer Research at Fox Chase Cancer Center's First Set of Interrogatories Addressed to Plaintiff and RFP Nos. 2-5, 8, 21, 29 and 34 of Defendants' First Request for Production Addressed to Plaintiff.

WHEREFORE, for the reasons set forth in Defendants' accompanying Brief in Support of Defendants' Motion to Compel Discovery and exhibits thereto, which Defendants incorporate

by reference as if fully set forth herein, Defendants respectfully request that the Court grant their Motion to Compel Discovery in its entirety, and issue an Order in the form filed herewith.

    Respectfully submitted,

    **COZEN O'CONNOR**

    <u>/s/ Benjamin L. Shechtman</u>
    Elizabeth A. Malloy (PA ID 48792)
    emalloy@cozen.com
    Benjamin L. Shechtman (PA ID 312644)
    bshechtman@cozen.com
    1650 Market St., Suite 2800
    Philadelphia, PA  19103
    Telephone:  (215) 665-2046
    Facsimile:  (215) 372-2344

Dated:  February 27, 2025    Attorneys for Defendants