IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALANA M. O'REILLY, Ph.D., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: 2:24-cv-05315-KSM |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D., | : JURY TRIAL DEMANDED |
| Defendants. | : |

PLAINTIFF'S MOTION FOR
<u>PROTECTIVE ORDER RELATING TO HER MEDICAL RECORDS</u>

Plaintiff, Alana M. O'Reilly, Ph.D., by and through her attorney, respectfully moves this Court for an Order granting her Motion for Protective Order Relating to her Medical Records in the form attached as Exhibit A to the accompanying Memorandum of Law. The Proposed Protective Order marked as Exhibit A, Memorandum of Law, and Certification of Counsel accompany this Motion.

Respectfully submitted,

UEBLER LAW LLC

<u>/s/Julie A. Uebler</u>
Julie A. Uebler, Esquire
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
(484) 875-3186 (Voice)
(484) 875-9273 (Fax)
uebler@ueblerlaw.com

*Attorney for Plaintiff*
*Alana M. O'Reilly, Ph.D.*

<u>CERTIFICATE OF SERVICE</u>

I, Julie A. Uebler, hereby certify that a true and correct copy of Plaintiff's Motion for Protective Order Relating to Her Medical Records, Memorandum of Law, Proposed Protective Order marked as Exhibit A, and Certification of Counsel, were filed via the Court's ECF system and served upon the following counsel of record on March 3, 2025:

Elizabeth A. Malloy, Esquire
Benjamin L. Shechtman, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
emalloy@cozen.com
bshechtman@cozen.com

*Attorneys for Defendants*
*The Research Institute of Fox Chase Cancer Center,*
*Temple University Health System, Temple University*
*and Jonathan Chernoff, M.D., Ph.D.*

                                                 */s/Julie A. Uebler*
                                                 Julie A. Uebler, Esquire