IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> THE INSTITUTE FOR CANCER RESEARCH, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 24-5315-KSM |

## ORDER

**AND NOW**, this 29th day of May, 2025, upon consideration of Defendants' Motion to Dismiss Counts I through VII and Count XIV of Plaintiff's Complaint (Doc. No. 11), Plaintiff's response in opposition (Doc. No. 15), and Defendants' reply (Doc. No. 17), it is **ORDERED** that Defendants' motion (Doc. No. 11) is **GRANTED in part and DENIED in part**. It is further **ORDERED** as follows:

1. Plaintiff's hostile work environment claims under Title VII of the Civil Rights Act of 1964, as amended, and the Philadelphia Fair Practices Ordinance asserted in Counts I through VII of the Complaint are **DISMISSED without prejudice** for failure to state a claim.

2. The remainder of Defendants' partial motion to dismiss is **DENIED**.

3. The Court will grant Plaintiff leave to amend her Complaint. Plaintiff may file an amended complaint **no later than June 6, 2025**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.