IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALANA M. O'REILLY, Ph.D.,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 24-5315-KSM** |
| **THE INSTITUTE FOR CANCER RESEARCH, et al.,** | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 3rd day of June, 2025, upon consideration of Plaintiff's letter request to compel discovery or otherwise preclude Defendants from asserting a "good faith" defense to punitive damages (Doc. No. 35), it is **ORDERED** that **ORAL ARGUMENT** on Plaintiff's request is scheduled for **June 16, 2025, at 1:00 p.m. in Courtroom 16B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.