IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: 2:24-cv-05315-KSM |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D. | : JURY TRIAL DEMANDED |
| Defendants. | : |

PLAINTIFF'S DAUBERT MOTION TO PRECLUDE TESTIMONY BY DEFENDANTS' DESIGNATED EXPERT, DAVID T. CURIEL, M.D., PH.D.

Plaintiff, Alana M. O'Reilly, Ph.D, by and through her attorney, respectfully moves this Court under Daubert v. Merrell Dow Pharmaceuticals Inc., 509 U.S. 579 (1993), and Federal Rule of Evidence 702 for an Order precluding Defendants, The Institute for Cancer Research d/b/a Fox Chase Cancer Center, Temple University Health System, Temple University and Jonathan Chernoff, M.D., from relying upon the expert report, and any future testimony, of David T. Curiel, M.D., Ph.D.

A proposed form of Order, Memorandum of Law, and Exhibits accompany the present Motion.

Respectfully submitted,

UEBLER LAW LLC

BY: /s/ *Julie A. Uebler*
Julie A. Uebler, Esquire
101 Lindenwood Drive, Suite 225

Malvern, PA 19355
(484) 875-3186 (Voice)
(484) 875-9273 (Fax)
uebler@ueblerlaw.com

*Attorney for Plaintiff*
*Alana M. O'Reilly, Ph.D.*

<u>CERTIFICATE OF SERVICE</u>

I, Julie A. Uebler, hereby certify that a true and correct copy of Plaintiff's <u>Daubert</u> Motion to Preclude Testimony by Defendants' Designated Expert, David T. Curiel, M.D., Ph.D., Memorandum of Law, Exhibits and a proposed form of Order, were filed with the Court on June 11, 2025, and are available for viewing and downloading from the ECF system by the following counsel of record:

Elizabeth A. Malloy, Esquire<br>
Benjamin L. Shechtman, Esquire<br>
Cozen O'Connor<br>
One Liberty Place<br>
1650 Market Street, Suite 2800<br>
Philadelphia, PA 19103<br>
emalloy@cozen.com<br>
bshechtman@cozen.com<br>
<br>
<i>Attorneys for Defendants<br>
The Research Institute of Fox Chase Cancer Center,<br>
Temple University Health System, Temple University<br>
and Jonathan Chernoff, M.D., Ph.D.</i>

<i>/s/Julie A. Uebler</i>
Julie A. Uebler, Esquire