IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D. : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO.: 2:24-cv-05315-KSM |
| : | |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D. : | JURY TRIAL DEMANDED |
| Defendants. : | |

# ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Plaintiff's Daubert Motion to Preclude Testimony by Defendants' Designated Expert, David T. Curiel, M.D., Ph.D., it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

BY THE COURT:

_____
KAREN SPENCER MARSTON
United States District Judge