IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 2:24-CV-05315 |
| v. | : |
| | : (JUDGE MARSTON) |
| | : |
| | : [ELECTRONICALLY FILED] |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D., | : |
| | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO EXCLUDE THE REPORT
AND TESTIMONY OF PLAINTIFF'S PROPOSED
EXPERT JULIE A. MOORE, ESQUIRE, SPHR, SHRM-SCP**

    Pursuant to Federal Rule of Evidence 702, Defendants The Institute for Cancer Research, Temple University Health System, Temple University, and Jonathan Chernoff, MD, Ph.D., by and through their counsel, file this Motion to Exclude the Report and Opinions of Plaintiff's Proposed Expert Julie A. Moore, Esquire, SPHR, SHRM-SCP. For the reasons stated in the accompanying Brief, which is incorporated by reference, Defendants respectfully request that this Court grant their Motion and exclude the report and testimony of Julie A. Moore, Esquire, SPHR, SHRM-SCP in their entirety.

Dated: June 27, 2025

Respectfully submitted,

**COZEN O'CONNOR**

<u>/s/ Benjamin L. Shechtman</u>
Benjamin L. Shechtman
bshechtman@cozen.com
Elizabeth A. Malloy
emalloy@cozen.com
1650 Market St., Suite 2800
Philadelphia, PA  19103
Telephone:  (215) 665-2046
Facsimile:  (215) 372-2344

Attorneys for Defendants