EXHIBIT 1

Message

| | |
|---|---|
| **From:** | O'Reilly, Alana [/O=FCCC/OU=RESEARCH/CN=USERS/CN=AOREILLY] |
| **Sent:** | 5/20/2014 2:57:14 PM |
| **To:** | Chernoff, Jonathan [/o=FCCC/ou=RESEARCH/cn=RECIPIENTS/cn=MIGRATE753330714] |
| **Subject:** | RE: Secrets |

Funny, he told me today that he would panic if you were leaving because you are the "only person" who cares about him and his work and said that you have been protecting him here.  As gruff and cranky as he is, he is appreciative that you've been sticking your neck out for him.  He also knows he is a pain, so needs the protecting :).

I don't think he needs a mentor, per se.  More like someone with some power who has a vision and a commitment to basic science and discovery.  He gets VERY frustrated with cell killing drug screens and most of "translational" research (he says it's not research, just killing).  Since most people around have succumbed to the translational pressure to some degree, he is clinging to the hold-outs.  He's also quite upset that Fabrice is leaving since he considers him a "real scientist" as well.  A long time ago he told me he has always been on the outside of everything but with all the fly labs, he was really happy here.  He said today that if you leave the "real science" will end and it will just be a hospital.  So I think the concern is bigger than just what will happen to him.  If this makes any sense.

The bottom line is you don't know whether you will be leaving or not, right?  No point in making people worry about something that might never happen.  Cross bridges when they come, so to speak.

Going to HR now.  Fingers crossed that good decisions have been made.

alana

-----Original Message-----
From: Chernoff, Jonathan
Sent: Tuesday, May 20, 2014 10:47 AM
To: O'Reilly, Alana
Subject: Re: Secrets

OK.  That's one of the reasons why I'm glad you know, as I could use your advice.  I'm so much in my own head these days that it's hard to maintain perspective.  I'll put Alexei off as best I can, should he ask me more questions.  He's probably still freaked out that Ken left.  I find it curious that he cares so much about having a mentor figure, as Alexei is on the surface the most independent and secure scientist of us all.  Perhaps I don't understand him.  Interestingly, he approached me just last week (before I left for Europe) about transferring from the CE program back to CB.  I said OK to that.  That would go along with the theory that he actually cares about having someone in his corner.  Very puzzling.  What do you think?

On 5/20/14 10:29 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

>I think you shouldn't.  He is 100% certain that if something is going
>down, you will tell me, so he's not worried until I'm worried.  I said it
>would be really hard for me to know something like that because I
>wouldn't be able to talk about it at all anyway, so there would be no
>point in asking.  Then I said not to worry about it, if it happens it
>happens and we'll deal with it then.  I think he's OK.  Just stay vague.
>I won't tell anyone but he will.  We don't need the panic, you know?
>
>Thanks! We're hoping to maybe scavenge a little bit of equipment from
>labs that will close as well.  Like an old PCR machine or some gel
>boxes...  Maybe a Western transfer apparatus.
>
>Thanks!
>alana
>
>-----Original Message-----
>From: Chernoff, Jonathan
>Sent: Tuesday, May 20, 2014 9:26 AM
>To: O'Reilly, Alana
>Subject: Re: Secrets
>
>Maybe I should just tell him the truth, as he knows something already.
>I'll ask him to keep it confidential, though I have low confidence that it
>will remain so.  My own fault, for talking to Anna in Belgium.
>
>I'll dig up some of my old files from Woods Hole.

EXHIBIT

P-Dep 30

```
>
>On 5/20/14 9:20 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
>>Just saw Alexei.  He's concerned...  Said he's hoping he missed a joke of
>>some kind when he talked to you yesterday.  Hopefully he doesn't talk to
>>many other people.
>>
>>We would LOVE to get write off equipment.  Sign me up, please!
>>
>>Thanks!
>>alana
>>
>>
>>
>>-----Original Message-----
>>From: Chernoff, Jonathan
>>Sent: Monday, May 19, 2014 11:01 PM
>>To: O'Reilly, Alana
>>Subject: Re: Secrets
>>
>>Well, the offer stands in any case.  Really.
>>
>>You know, when I taught up in woods hole in the late 90s, I got quite a
>>bit of donations in kind from all sorts of companies.  I got used pcr
>>machines, electrophoresis rigs, enzymes, and antibodies galore, thousands
>>and thousands of dollars of stuff.  The companies got a write off for
>>stuff they couldn't easily sell.  If you could use equipment or reagents,
>>I have some useful template letters and contacts.
>>
>>I find electronic submissions incredibly frustrating.  Ask Anne: she gets
>>to hear all the cuss words I would never use in public.  I'm not sure
>>I've ever submitted a paper that was correctly done the first time.
>>
>>Sent from my iPad
>>
>>> On May 19, 2014, at 10:43 PM, "O'Reilly, Alana"
>>><Alana.OReilly@fccc.edu> wrote:
>>>
>>> You really don't have to do that.  I have plans, big plans.  We're
>>>going to raise $2-3K from the bike ride alone.  We already have $2K in
>>>the bank for next year, so that will be $5K already!  Then we're sending
>>>out a newsletter to all participants to date, basically asking for
>>>donations and if people give $50 they get a T-shirt.  If we get 60 x $50
>>>(out of almost 300 participants so far), then we're already covered.  If
>>>not, we plan to raise $40K at the symposium next spring.
>>>
>>> It's all covered :).  And none of this counts all the grants I'm
>>>writing for this- they are about $600-800K in direct costs.  But I'll
>>>definitely let you know if we're a little short.
>>>
>>> I think you should talk to Bob Neubert first.  He would need to know
>>>the issues in some depth first before coming up with any plans.  But he
>>>is really good, super creative, worth picking his brain a bit.
>>>
>>> Submission almost complete!!!
>>>
>>> alana
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Chernoff, Jonathan
>>> Sent: Monday, May 19, 2014 10:38 PM
>>> To: O'Reilly, Alana
>>> Subject: Re: Secrets
>>>
>>> I have an idea for your program.  I'd be happy to match whatever you
>>>raise up to 4k.  That way, if you manage to raise 4k through the race,
>>>you'll have your whole amount.  I usually give between 5 and 20k to FCCC
>>>every year anyway; it might as well be directed towards a defined cause
>>>that matters.  So this is one problem we can solve easily.  The million
>>>dollar donations are a bit harder.  I think a variety of strategies can
>>>be pursued.  I am best positioned to go after the big fish, but there
>>>are certainly opportunities to go after lots of little fish.  Look at
>>>what St Jude's does, for example, with their change jars in every store.
>>>
>>> Maybe your friend would like to address ECOR someday?  He sounds like
>>>he has a lot of ideas.
```

```
>>>
>>> Good luck on your paper.
>>>
>>> Sent from my iPad
>>>
>>>> On May 19, 2014, at 9:54 PM, "O'Reilly, Alana"
>>>><Alana.OReilly@fccc.edu> wrote:
>>>>
>>>> Me too!  Good to have things out in the open.  Don't feel badly
>>>>though.  There are some things that have to run their course without
>>>>people (any people) knowing about it.  Things will work out the way
>>>>they are supposed to in the end.  I guess I just think that if FCCC is
>>>>going to get stronger there has to be a change of some kind.  Seems
>>>>like other cancer centers are running with innovative new ideas for
>>>>funding and we're in some weird punished primadonna space from Temple
>>>>instead.  It's shortsighted and that makes me worry.
>>>>
>>>> I've learned too much about being an entrepreneur from my buddy Bob
>>>>Neubert :).  So many things could be done that are easy and free to
>>>>increase the "footprint" and draw in the community.  We've learned that
>>>>a lot of small donations add up to the same dollar amount as one big
>>>>one, and you build your community at the same time.  If you figure a
>>>>small church can put up one of those big wooden signs in the front yard
>>>>and raise a million dollars, $10 at a time, we could do that too.  And
>>>>$1 million goes a long way these days....  We're going to have a bike
>>>>ride for the high school program in October.  Goal is about $2-3K.  You
>>>>never know though, could be twice that!  How amazing if we raise the
>>>>whole $8K it takes to run the entire program?  I myself have developed
>>>>a timeline of fundraising that's going to build over 3-5 years.  If it
>>>>works, we'll be in great shape and even have some money to burn.
>>>>Imagine if someone who actually has a clue about these things and an
>>>>interest in making it happen (like if you come up with ideas on how to
>>>>raise $200 million, we'll give you 5%, but you get nothing unless it
>>>>works out).  Bob N suggested sending out an RFA for people to bid on
>>>>running our high school program at their institution.  Gets you right
>>>>out of the image that you need a favor and into the "hmmm this must be
>>>>something worth thinking about investing in if there is an RFA".  He's
>>>>a smart guy.  Lots of ideas....
>>>>
>>>> We'll see what comes.  No use worrying in the meantime!  Cool
>>>>remoteness has its place (I need to take lessons, obviously), but these
>>>>are big things.  I can carry some weight, plenty of life practice along
>>>>those lines, so no big deal.
>>>>
>>>> I'm submitting our paper to Genetics tonight, finally.  Should have
>>>>gone in last November....  Fingers crossed!
>>>>
>>>> Talk to you soon.  have a nice night, should help to have some peace
>>>>of mind :).
>>>>
>>>> alana
>>>> _____
>>>> From: Chernoff, Jonathan
>>>> Sent: Monday, May 19, 2014 6:40 PM
>>>> To: O'Reilly, Alana
>>>> Subject: Secrets
>>>>
>>>> I can't tell you how glad I am that we spoke today.  Keeping secrets
>>>>is so wearying and depressing - I hate it.  In your case, I just didn't
>>>>know what to do.  It bugged me every day, and that's gone now.  And I'm
>>>>glad too, that you confided in me.  For many reasons, I couldn't bear
>>>>it if anything were to happen to you.
>>>>
>>>> So let's hope a) I don't get the job in NY, b) this guy gets fired and
>>>>you feel safe again, and c) FCCC gets stronger and we all feel more
>>>>secure in our jobs.  Perhaps we can hit the trifecta this time and get
>>>>some breathing room before the next troubles.  I know in you I have
>>>>someone who totally gets it, and that's one of the many reasons you are
>>>>so important to me.
>>>>
>>>> J
>>>>
>>>> PS - sorry for all the emotionality.  At this rate I'm going to lose
>>>>my reputation for cool remoteness.
>>>>
>>>> Sent from my iPad
>>>>
>>
```

FCCC0000727

Message
***

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 5/30/2014 7:31:59 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: story |

Ok.  Thanks.  Forgot that you were leaving today.  I'll use your other email and mine too

Sent from my iPhone

> On May 30, 2014, at 3:27 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> I'm at the SDB meeting at Johns Hopkins. I'm a littlenworried about emails. I'm going to delete this now and will text you my other email, ok? Will try to look at it late tonight.
>
> Deleting now...
>
> Alana
>
> Sent from my iPhone
>
>> On May 30, 2014, at 3:02 PM, "Chernoff, Jonathan" <Jonathan.Chernoff@fccc.edu> wrote:
>>
>> Dear Alana,
>>
>>
>>    I've attached a letter, written last week, with this email.  I'd like you to read it, but it doesn't need to be now.  Don't worry: it does not involve a crime or a deadly illness or the existence of unsuspected children somewhere.  Also, although you are mentioned at the end of the letter, it isn't about you either, but rather about some events from long ago that I've never been able to quite let go.  It is, however, emotional stuff, and if you'd prefer not dealing with that kind of thing at this time, I'd certainly understand.  Two weeks ago, I wouldn't have even thought to tell you, but, as we've shared some deeply personal matters of late, I know I can trust you with anything.  More than that, I want you to know.  I hope that in telling you, I'll feel a bit lighter.  That's how I felt after telling you about Cheri and the assault from medical school days.  I hope you feel that way when you talk with me.
>>
>>
>>    By using email, I've already violated the golden rule about emails: don't send them if you want to keep something private.  If you would be so good as to delete this mail and the attached file after you've read it enough times, that would be much appreciated.  As you'll see, it's not the kind of thing I can talk about with MaryAnn, or really anybody, and I've been keeping it to myself for almost fifteen years.  I don't want anyone else to know.
>>
>>
>>    In sharing these sorts of stories, I realize that I'm blurring the lines in our relationship, which are already not that clear.  But, personally, I wouldn't want it any other way, and it's pointless to try to define where a professional relationship ends and a friendship begins in our particular case.  But today, I will ask that you read the letter in your capacity as friend, not colleague, as there is nothing remotely professional in the story I've written. Unfortunately, you'll think less of me once you know the story, but I'd rather you know the truth.
>>
>>
>> J
>> <Dear Alana.docx>

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 5/31/2014 5:49:29 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: Gmail |


Thank you so much.  There is much more to say.  Some might be in letters, some in person, if you don't
mind.  I'm so glad that you know now.  I've been fretting about it for weeks.

As your sometimes 'boss', I say, get back to your neuro session ;-)

Sent from my iPad

> On May 31, 2014, at 12:35 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> answered on the other side...
>
> Not paying ANY attention to the neural development session....
>
> alana
> _____
> From: Chernoff, Jonathan
> Sent: Saturday, May 31, 2014 11:56 AM
> To: O'Reilly, Alana
> Subject: Re: Gmail
>
> I thought that might be the case.  There's a story behind my gmail address too, that is related to the
other story you haven't read yet.  I'll explain some other time, but the jongen1 name is not related to
my name at all.  I just hope you'll still be willing to talk to me after you read that letter.
>
> It's great to see that level of enthusiasm.  As adults, we just seem to lose that ability to be so
nakedly happy and upbeat.  I hope they don't all turn into Alexei Tulin clones when they grow up.
>
> This is pure getaway time.  I've been feeling so burned out, what with this job situation, the issues
of my friends and colleagues, and some internal battles.  I don't know if I could leave fox chase.  It
seems like my whole identity is bound up there.  It's like you with your students: I've never felt so
needed and in a position to make a positive difference in other people's lives.  I feel a bit like you
with regard to whether to let things be or to let the genie out of the lamp.  It might have been simpler
just to keep on going with no disturbances.
>
> I'll be back Sunday night.
>
> J
>
> Sent from my iPad
>
>> On May 31, 2014, at 11:41 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>>
>> No, I didn't get anything!  What happened?  I checked a couple times last night and didn't see it and
just checked again now.
>>
>> Oh it's in the spam folder, so I did get it.  All good.  Will read in a little while, after this
session.
>>
>> Students are awesome!  Everyone thought they were graduate students and they are only 16 and 19.  I
think they are going to give them poster awards tonight, so that will be incredibly exciting.  I think
they might pass out.
>>
>> Lots of interest in the high school program too!!  A bunch of people want access to our teaching tools
to do the training portion of the program even in undergrad classes.  Sounds wholelike we're on to
something.....
>>
>> have fun at the beach!  Is it vacation or a work thing?  Probably good to relax a bit since it's a big
week coming up!!
>>
>> talk to you soon,
>> alana
>> _____
>> From: Chernoff, Jonathan
>> Sent: Saturday, May 31, 2014 11:36 AM
>> To: O'Reilly, Alana
>> Subject: Gmail
>>

FCCC0000817

```
>> Just checking that my other letter got through to you, as I never used that email address before, nor
sent anything to you previously from my gmail address.
>>
>> Hope you're ok and that the students are doing well.
>>
>> I'm in cape may this weekend.  Fantastically good weather.
>>
>> J
>>
>> Sent from my iPhone
>
```

FCCC0000818

Message
| | |
|---|---|
| **From:** | O'Reilly, Alana [/O=FCCC/OU=RESEARCH/CN=USERS/CN=AOREILLY] |
| **Sent:** | 6/4/2014 2:10:30 AM |
| **To:** | Chernoff, Jonathan [/o=FCCC/ou=RESEARCH/cn=RECIPIENTS/cn=MIGRATE753330714] |
| **Subject:** | RE: Today |

Yeah, it's not fun at all.  Jeff thinks I should stop stirring things up- that it gives people too much power.  He still thinks that I can trust the institution to do the right thing.  Probably he just doesn't want me to be upset though.  I don't know.  I can definitely see his argument but so far there hasn't been a lot of stuff done that's trustworthy in this.

Plus, this mess has uncovered a much bigger mess where I think that people aren't supported or even kept safe by the institution.  It's a mess.  The only reason I said anything in the first place was because of worry that people were not safe.  Now it seems like a lot more people are not safe, but because of seriously flawed policies instead of a single deranged person.  What a mess.

I don't know yet what I want to do.  We'll see what Holly and/or Bob has to say.  Seems like a lot of radio silence.  My guess is that the "complaint" says almost nothing.  It's OK even if they are going to selectively create a file that has very little truth in it.  I have every single thing I can remember written down in my own file for just in case.

Anyway, it's great that things went really well for you today!  And the dean wasn't too bad?  To some degree, it's maybe best to think about it when there's really something to think about.  Have a nice month of handling other important stuff and then if decisions need to be made, they can be made.

I'll be out until about 2 tomorrow- I have to take Nadi back to the eye surgeon who got the glass out of her eye last week to make sure the cut is healing properly and then I have to write my study section reviews.  But I should be around in the afternoon if you want to stop by after tea or meet down there.

Thanks!  Sorry.  Your job stinks all the time, but even worse when wasting time dealing with stupid problems like mine.  But thanks for all the help!

alana
_____
From: Chernoff, Jonathan
Sent: Tuesday, June 03, 2014 9:28 PM
To: O'Reilly, Alana
Subject: Re: Today

Dear Alana,

   First things first.  This situation is very upsetting and totally unacceptable.  I guess you don't need me to tell you that.  I don't get what their problem is.  This seems like a simple enough request.  How can I best help?  As your friend and someone who cares a lot about you, I'd also prefer not to read the file unless absolutely necessary.  I would be hard to do and I'd probably start crying again, which is something I've only done once or twice in the last ten years.  If someone in administration must read it to get you proper help, perhaps Bob Beck would be better.  It's like when you asked me not to share too many intimate details regarding Aline.  But, if it helps resolve the case better, I would do it, so we can keep it as a last option.

Let me see what I can do tomorrow.  I will start with Bob and proceed to Richard if need be.  I'm just seeing red about this outrageous situation.

As for me, there was never a moment today when I felt that I'd blown it.  I will need to wait a while, as predicted, because Ben doesn't come till early July.  The dean did say that he thought I'd be an excellent cancer center director (though he didn't say "for NYU").  Dafna was noncommittal, she doesn't reveal much, but I think she'd be happy with me.  I don't know what outcome I wish for.  I've never taken well to big changes.  I did so much moving earlier in my life, but none in 23 years now.  Mary Ann will pull me to stay, I know that.  But I might not, if offered this job.  I just don't know.

J
Sent from my iPad

> On Jun 3, 2014, at 7:42 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> Sounds good!  Always good to do your best, no matter what else is going on!
>
> Yeah, I'm kind of in shock, although given the total lack of response for a week, I shouldn't be surprised.  What is going on in that office?  Seems like a serious mess.  It's almost like they are forcing me to get a lawyer.
>
> The policy says that your manager has the right to view your file- but I don't  want you to have to see what it says, assuming they actually recorded any of what I told them happened.  It was awful and you don't need to be thinking about that.  So not sure what else to do.  I'll have to think about it a bit.

FCCC0000846

Maybe I can call a rape crisis center and get their advice.  Even if HR could come to a decision and let me know what's happening, that would help.  But now it's so clear that the "policies" do not protect women or maybe even all victims of harassment, and I can't live with that either.  I probably could just lock myself in my office forever and pretend it never happened, but from my point of view, this is all wrong.  It is unconscionable that I can't even see what I said myself.  I didn't even ask to see anything else or ask them to justify the rumors and gossip that is being followed up without even giving me a chance to respond to the accusations!  Makes no sense and never would have happened if I had a lawyer from the beginning.
>
> I finished the high school program grant though and also finished reading my study section grants.  Got the 11 CURE students up and running with HR and Thom Harmon even got donor money to support the 2 students who were not eligible for the diversity funds.  I will write my study section reviews tomorrow and then move on to the R01!!  Crazy month.
>
> Will be great to hear how the trip was.  If it's easier to call than do all that typing, let me know and I'll go sit in the cellar away from the little pitchers.
>
> have a nice ride back!
> alana
> _____
> From: Chernoff, Jonathan
> Sent: Tuesday, June 03, 2014 7:30 PM
> To: O'Reilly, Alana
> Subject: Today
>
> Well. I didn't screw up.  Definitely still in the running.  More later about that when I'm on the train.
>
> Very sorry to see Holly 's response.  I will look into this tomorrow for sure..
>
>
>
> Sent from my iPhone
>

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** A childhood memory
**Date:** Fri, 06 Jun 2014 23:33:38 +0000
**Importance:** Normal

---

Dear Alana,

I have lately begun to recall various long-forgotten memories from childhood. Nothing especially traumatic or notable, but I suppose memories persist for a reason, a psychological Rosetta Stone of some kind to mark ones lost history. This is the one that emerged from the gravel today.

I am in grade school. It is winter, perhaps early March. It is an old-fashioned school, built in the 1920s, with a solid, no-nonsense look. When the school bell rings at 3, all the children come pouring out of the double-wide front door down the brick steps to the street. In my haste to go home, I've forgotten my overcoat. I hear a voice, the vice principle, asking everyone to stop. A coat has been found, my coat, and the vice principle is asking which child forgot his coat. Instead of saying "it's mine", and retrieving it, I make myself invisible in the crowd, and end up walking home in my shirtsleeves, shivering in the frosty cold. The thought of all those eyes concentrated on me, the forgetful child, was too much to bear, and I preferred freezing to the possibility of being called out before the crowd. I don't recall what I told my mother, but I do know that I never picked up that coat from the school's lost and found, and she had to buy me another.

O'REILLY001868

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Re: Decisions
**Date:** Sun, 08 Jun 2014 03:14:34 +0000
**Importance:** Normal

---

Thanks, Alana, for your forthright opinion. No one will ever accuse you of pulling your punches (that's a compliment)!

Fisher's not a bad guy; he's just got a weak hand and is trying to make the best of it. He's a potential stabilizer who is trying to calm a traumatized center. He is a man of the past though, without the sort of drive and imagination that we need to get going again. We got a Gerald Ford, but we need a John F Kennedy.

You're right: I'm definitely concerned about the fate of the center if I were to leave. Mary Ann tells me not to worry and she's right too, but still I worry. My position is peculiar at Fox Chase and I don't even know how it came to this. The thing is, we have lots of great people and it's not like I have oodles and oodles of funding or am an Academy member or anything like that. I think it's more that I was mentored by the last great generation and took what they taught me to heart. I believe in our place, the old Fox Chase – that's how I recruited you and many of your colleagues – and I think others want to believe in it too. If the high priest goes, is there even a religion anymore? But you know, in the end, that sentiment won't be decisive. I can't let it be.

SInce you were so honest, I will say something forthright too. Long-term, I think you might be better off at a Swarthmore-like college. I don't say this because I have any doubts about your science. Truly, irrespective of my personal feelings, I think you're doing perhaps the most fundamentally important work of anyone at Fox Chase. If she had any sense, Bea should love you, because you are her true scientific descendant. That's why I wanted you to see that old letter from Al Knudson to Jay MacKay. I'm not as good a talent scout as Al was, but I know this stem cell stuff you're doing is really important and fits beautiful into Fox Chase tradition. One day, I want my successor to pull out my letter of support for you and say "That Chernoff guy sure knew how to pick 'em". That said, your lab will likely always be lightly funded, and thus in peril if a grant get delayed or isn't renewed. As long as I'm director I'll fight tooth and nail for you, as I did for Jeff and Alexei, who are also doing important work, but my ability to help is so limited these days. Luckily for you, you also have this passion for teaching, and that gives you another option. You'd love it and would be great at it and would be eminently employable, I should think. But if I stay and you try to do that, you can be sure that I'm going to do everything I can to keep you at Fox Chase.

Yes, these old memories are really boiling up these days. I don't know what's gotten into me. One thing I want you to know: I actually had a good childhood and have lots of fond memories of those days. My Dad was a genuinely good guy, gentle with us and totally dedicated to my mother. My only problem with my childhood is that it ended too soon and too abruptly, as he died suddenly when I was 15. At the funeral, his sister, my aunt Miriam, turned to the six of us children and pronounced that we had killed him because we made him work too hard. I'll never forget that. That same year, my mother got breast cancer and her father died, so it was truly a disastrous time for the family. Below is a poem I wrote about that time. It is one of my better ones, and ended up getting published in a pretty good journal. It came to me when looking at the crooked old cherry tree that stands in front of the house, which looks so pretty in the spring.

Cherry Blossoms

Our father, stooped with disease
couldn't hold us anymore,
nor hear our cries as we fell
softly to earth, like silent prayers

O'REILLY001875

scattered to the ground.
It was his last spring;
he would not see another,
and we could never return.
Instead, we lay where we fell,
his children always,
huddled at his feet.

I get the feeling that I'm going to keep this therapist very busy ;-).  I am reminded of that line in the movie Terms of Endearment in which the Shirley Maclaine character tells the Jack Nicholson character that she loves him.  He stops and replied: "And I was just inches from a clean getaway."  If I hadn't started talking to you, maybe I'd have had a clean getaway too.  After all, all I needed to do was continue to keep my secrets for another couple of decades (I'm kidding; I'm glad to be partly liberated).

I'm sorry to hear about Dale's grandmother.  97 is a good long life, but still.  I hope the kids don't get nightmares or too many ruminations on death.  Brendan can be morbid enough as it is, though I think all kids go through a phase like that.

Time to prepare for my talk tomorrow.  These NF meetings are nice; a real community of scientists and patients.  Some of these people I see more often than my own family.

Thanks again for everything, Alana.  You're a good person.

J


On Sat, Jun 7, 2014 at 9:11 PM, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
> Well, If you really want my opinion, I think Fisher's offer is a pile of crap.  You already have the job he's talking about if he (as President and CEO) retains financial control.  It is more of a pat on the head than an acknowledgment of value.  If it's going to be a real offer, you need to get whatever he's giving the translational recruit.  Act like it's an outside hire.  Tell him to show you how important this is to the institution.  Otherwise, you won't have any authority or funds to implement any of your new ideas.  If it comes with $10 million, then it's a different story.  8 recruits plus $2 million to do something innovative would make a difference.  Or 6 new recruits and two floating chair positions to support great scientists with funding gaps.  Otherwise, it's just the usual arrogant pat on the head of people who think they are better than everyone else.
>
> If I were you, I would be choosing between a possible "dream job" of running a cancer center with enough money to really do something with it or focusing on my science and shooting for a big bang for the last 15-20 years of the career.  I just don't see the FCCC "promotion" as beneficial to anyone.  Of course, I NEVER want to be a cancer center director.  Administration is not for me, although these days I'm 100% confident I could do a better job than some.
>
> When I came to FCCC, I thought it would be until retirement.  I don't see it that way anymore.  It's different now, with factions battling over pennies and leaders arguing about value of people who don't matter vs. others who work their butts off and have a minute of bad funding luck and are out on their ears.  When I started, it was a place that valued people, all the people, everyone who gave it their all to help achieve the mission.  Now it is so political and so gossipy and ugly that I don't see myself there forever.  I don't necessarily want to leave now (although I will if the safety of me and my family is unsure), but I'm sure someday I'll end up at a place like Swarthmore or another liberal arts college where you can do interesting science (I'm very good at getting productivity out of the youngest trainees, but less successful with lazy full-time postdocs) while making a big impact on future generations.  Could be sooner than later, you never know.

O'REILLY001876

So, I guess I'd suggest just keep thinking about what you really want. I'm not pushing for any decision. Really it has very little to do with me. I also don't think a handful of important people should sway the decision too much. Like I said before, it's 2 hours away and I have plenty of friends who don't live close by. Even my friends who do communicate more by texting and emails than in person anyway. The real friends stay that way, the others go away. If it happens, everyone will have to make their own decision trees and decide how to respond. There is really no way to predict ahead of time what anyone will do.

A major concern that probably worries you is that the place could fold if you leave, especially if the core grant doesn't get renewed. Unlike other departures, this one would be significant, even if no one else hopped on the departure train until after the core grant goes in. There are a small handful of people who can break the core grant, and you are certainly one of them, especially since I can't imagine anyone else being able to write it. Maybe Dave? Don't know. On the flip side, I'm not sure it's the same institution it's been since you arrived anymore. At least my experience with the institution (e.g. Seiden (disaster), Bachman (not much better), Fisher (fine if you do exactly what he wants but only in that case), and whole departments like HR, purchasing, grants admin who are on some power high that is completely unhelpful and unproductive), in sharp contrast to my experience with the scientists, has been lousy. I think a lot of people wonder whether research will still be supported in 5 years. If you knew the research side was in deep trouble, I bet that would make a difference in the decision making.

Finally, I don't think there's much point in pondering too much. It's at best a 50-50 shot of getting it, right? The odds are good, but I myself don't plan to worry too much about it until a decision is made. Too much else going on....

I'm glad you made an appointment. It will be really good to get these things all laid out and stacked in an addressable order. Also, you are thinking up more traumatic events even from a long long time ago, suggesting that a lot of these things have been stored in a locked chest and need to be addressed in order to be able to move on. So I hope it goes well.

Dale's grandmother is going to die in the next 48 hours or so, so we'll have to all go to Ontario probably for her funeral later this week. I have study section on Thursday in Washington, so I hope the funeral is Wed, Fri, or Sat. She's 97 and now has a systemic bacterial infection and hasn't eaten anything in 2 days. They say she's waiting to say goodbye to her youngest son who's on his way to see her from a vacation in Alaska. Amazing how people can wait. Something very interesting scientifically about that I think.

have a fun meeting anyway!!
alana

On Sat, Jun 7, 2014 at 12:25 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
> Dear Alana,
>
> It strikes that there are similarities in thinking about a change in career or a change in marriage. When one is married a long time one gets comfortable and life is predictable. Ones partner may not be that exciting anymore and can be exasperating at times, but you share so many memories and social ties. After all, no fire can burn hot forever. If you're young and have children, these ties are so strong that they are only broken with the greatest reluctance and difficulty. One meets, from time to time, other people who seem more interesting and exciting, but the barrier to divorce is still high for most people. Later on life, these barriers get lower, even as ones life settles into a seemingly inevitable and totally predictable routine. But there is some comfort in routine, and the shared experiences grow ever more numerous with time. People do sometimes separate after decades together, but not often. So it is with ones career. Early on, one has to learn to negotiate the big and complex family that is a medical center. It takes years to figure out ones place in that family. And, though the family turns out to be less perfect than one may have thought, leaving is almost unthinkable at that stage because a) practically speaking, one can't, and b) unless things are

disastrously bad, there's just too much going on to divert ones energies to looking.  But later on, when one is established, things start to change.  One is comfortable, but there isn't much room for professional growth.  The siren calls from other places – and these calls come eventually to almost anyone who's been successful – take on a seductive tone, and one begins to reimagine life as it might be elsewhere.  There is something almost erotic to it.  One is wooed, taken to fancy dinners, praised, and sweet promises are made.  Even to be considered stokes ones ego, just as would the attentions of a beautiful woman.  Against it: the old familiar place, the cast of familiar colleagues, and a job that takes little imagination.  Perhaps that's unfair, because in science at least, the ideas never get stale unless one stops trying, and one can't stop trying in today's environment.

I've moved many times: from New Haven to New York, New York to  Pittsburgh, Pittsburgh to Baltimore, Baltimore to Boston, and Boston the Philadelphia.  Each move was wrenching, though I never regretted any of them afterwards.  I've been at Fox Chase a long time.  There is there no one I hate, many I like, and several I love.  I look at the courtyard and see Rebecca in her yellow flower dress, three years old, running across the grass.  In Reimann I see the ghosts of Bob Perry and Barry Blumberg, peppering me with questions at my interview seminar.  And so many of you I recruited: I've got scientific brothers, sisters, cousins, and children here.  In Dutch they have a word, "heimwee", that is like our word nostalgia but something more, a longing for home.  I've always been prone to that feeling.  Leaving Fox Chaee would be very like leaving my marriage in terms of emotional impact.

What a sentimentalist I am!  Other than you, I doubt anyone at work knows that.  I try not to show it.  But, whatever happens, something is about to change.  Either Mary Ann will come home, I will become our next cancer center director, I will leave for New York,

O'REILLY001878

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 6/17/2014 1:36:17 AM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Unsolicited advice |

These last six weeks have been so fraught.  It's like the world has gone topsy turvy.

I'm going to give you some straight up advice, as there is no point in beating around the bush.  Please don't hate me for what I'm about to say.  I know, as a guy, I can never truly understand how you would feel about the threat and the way the institutional has responded.  But if any guy could get it, it would be me, if only because of my own particular experience in this area.

The institution has taken a shameful position, essentially shrugging its shoulders and making the victim and the perpetrator equal.  I get that; it's awful and inexcusable.  They've done the minimum possible to keep you safe.  If you want to consult a lawyer I think that's fine.  It could be useful and there's little to lose in a consultation.  But leaving I wouldn't do.  The cause (and here's where you'll hate me) isn't big enough.  You're at an awkward time for a move; at least get tenure first.  There are too many years ahead to blow it on an incident like this.  Before you say it, I'll acknowledge that I am hardly one to talk, given where I'm at with a possible move.  But we're at very different places in our careers.  One time, a few years back, I got absolutely furious at Bob Beck over a broken promise.  He had approved Rebecca for a paid summer internship, then pulled the offer when the first wave of financial pressure hit.  Remember, this was at a time when Rebecca was beginning her descent, so this job meant a lot to her and even more to me, and Bob had promised.  I was also unhappy about some other things at the institute and the situation with Rebecca was the last straw.  Like you, I felt I couldn't trust the place anymore and that I'd be damned if I'd stay at such a dishonorable institution.  I could easily have moved, but as I thought it through I realized that yes, they'd done me wrong, but no, I should stay anyway, because there was also a lot of good things here.  Bob apologized and I told him that while I accepted his apology, I would never forget how he had caved and reneged on his promise to me (and I haven't).  I think you shouldn't forget either, but you should stay until you're ready to go for a better career option, not leave out of anger or fear.

I'm sorry for overstepping my bounds, truly.  You haven't asked for any advice this time, and I've given you an earful.  I don't know if I'm speaking to you as a boss or a friend, but I think I'd give the same advice in either role in this case.  And finally, I regret most of all that someone I've come to care about has had to go through this awful situation, and I can do so little to help.

J

Sent from my iPad

FCCC0000922

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: ok?
**Date:** Thu, 20 Nov 2014 21:56:33 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Thursday, June 26, 2014 8:06 AM
**To:** O'Reilly, Alana
**Subject:** Re: ok?

I will.  I'm not suicidal or anything like that.  But, since these feelings are very unusual for me, and not pleasant, I will seek her advice.  I'll see her today if she thinks I should, otherwise on Monday.

You're ok too, I hope?

Sent from my iPhone

On Jun 26, 2014, at 7:58 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

When do you go back?  I think you should call today, at least to let her know what's going on.

Please.

alana

**From:** Chernoff, Jonathan
**Sent:** Thursday, June 26, 2014 7:48 AM
**To:** O'Reilly, Alana
**Subject:** Re: ok?

Yes, thanks.  I don't feel too bad this morning.  Not great, but not bad.  I'll be ok.  Thanks for checking.

Sent from my iPad

On Jun 26, 2014, at 7:32 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

Are you OK?

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002238

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Bike
**Date:** Thu, 20 Nov 2014 21:54:11 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Sunday, June 29, 2014 10:46 AM
To: O'Reilly, Alana
Subject: Bike

Hi Alana,

Thought I saw you down the street on your bike when I went out to get the paper this morning. If so, great! Are you feeling a little better about things?

It was nice getting together yesterday. Bob Spallone is quite the raconteur. I wish he'd been kept on longer at fccc. The more these sort of folks retire, the harder it is to maintain the essential spirit of our place. I guess people like you and me and Jeff and Erica, et al, will just have to instruct the next generation if we want to maintain the magic.

I'll text Dale later to arrange the return of your furniture. Are you guys around this afternoon? Pool is good today, if the kids are interested. The frog is back.

J

Sent from my iPhone

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

**From:** "O'Reilly, Alana" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Shula
**Date:** Mon, 30 Jun 2014 01:08:02 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Sunday, June 29, 2014 7:56 PM
**To:** O'Reilly, Alana
**Subject:** Re: Shula

Very true.  Mortality rates can be quite high after hip fractures in old people, as the immobilization afterwards can be accompanied by all sorts of bad things like embolisms.  Glad to know your grandfather did well though.  I hope some of his good luck rubs off on my mom. I'll let you know once my sister gets back to me.

On another matter, last week the therapist told me that sending these yearly poems to Aline is a bad idea.  I'm torn, as it's my last slender thread to her, and she meant so much to me, but the therapist is probably right.  Since I've already written this year's and both were inspired in part by Wicky (though he's nowhere as feeble as this fictional old dog), I'm sending them to you instead.  Even if they're no good, how many people get poems written about their dogs?  :-). Poor Wicky, he didn't ask for this.


To the Dog-Sitter

Once he flings his old self
down on the rug, he'll look
so much like a frayed
rag, you'll be amazed
to see him recompose
into head and legs and walk
from room to room,
unable to recall whether
he's hungry or needs to pee.
Right then let him out,
but remember that his nose,
alert to meanings in the slightest
breeze, is still the prophet
the rest of him, half-blind, lame
and lost, will follow anywhere.


-----------

Indian Summer

Today he chased a truck not far ran
around the house yard ran out of breath

I said because I talk to him
Wicky how did that feel

O'REILLY001879

the night has turned cold we can't sleep
through the left-open storm window

I hear him wheeze on the porch
he wouldn't come in if I called him

so at night I say sleep old dog under
our maples fighting to keep green


Sent from my iPad

On Jun 29, 2014, at 7:44 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:


Oh no!  I hope she's OK.  Hip fractures in people over 90 are no picnic.  My grandfather had 2 hip replacements and he did fine though.  Hopefully it's not fractured and she'll be OK in a few days.

Just let us know if we need to pick up the paper or put the trash out....

alana

_____
From: Chernoff, Jonathan
Sent: Sunday, June 29, 2014 7:26 PM
To: O'Reilly, Alana
Subject: Shula

Might be out a few days.  My mother fell at home (tripped over a cord) and she might have broken or dislocated her hip.  She's 91, still living with my oldest sister in the big house where we grew up in New Haven.  I'm just waiting to hear from the hospital what's up, then will decide if I need to go there sometimes this week.  I'm glad at last my sister is there.

Sent from my iPad


CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY001880

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 7/1/2014 12:10:25 AM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: FYI |

Ok sure.  You're probably right.  I think it's all kind of funny in a way.  It seems so unreal.  A hundred million here, a hundred million there....  But I'll keep that local from here on in.

My mother's fracture was complicated, a three way job.  My brother, the radiology guy from Saratoga Springs, is coming down to NH tonight.  He'll do the first shift then we'll see.  Lots of pain with these types of fractures.  They will put in some pins .  Even with a bad break, it's only a two day hospital stay, then off to rehab.

I sent something in gmail on a different topic.


Sent from my iPhone

On Jun 30, 2014, at 7:54 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

> This is really something that should stay confidential between you and Ben, OK?  I can't know this stuff.  It's way too much.
>
> I'm going to delete and pretend I never saw it.
>
> Hope your mom is doing OK!
> alana
>
> ---
>
> **From:** Chernoff, Jonathan
> **Sent:** Monday, June 30, 2014 6:39 PM
> **To:** O'Reilly, Alana
> **Subject:** FYI
>
> Interesting exchange c our friend Ben.  Funny how we're throwing around numbers of this magnitude.  I still remember when we were postdocs making $25k/yr.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Ben Neel <bneel@uhnresearch.ca>
> > **Date:** June 30, 2014 at 5:29:44 PM EDT
> > **To:** "'Jonathan.Chernoff@fccc.edu'" <Jonathan.Chernoff@fccc.edu>
> > **Subject: Re: Interview**
> >
> > Yeah. I wish I could get that kind of money in toronto, cause then I would stay. Pmh is way better than nyu right now.
> >
> > ---
> >
> > **From:** Chernoff, Jonathan [mailto:Jonathan.Chernoff@fccc.edu]
> > **Sent:** Monday, June 30, 2014 11:18 PM
> > **To:** Ben Neel

FCCC0001056

**Subject**: Re: Interview

That sounds about right.  I think they'll want to hear how to spend that kind of money.  As much as it is, it only keeps pace with the competition (for now).  They seem confident that the Perlmutter family will contribute another $100M to the current $50M, plus they say there is another donor who they expect will also give a substantial, though lesser, amount.  NYC is awash in cash.

I haven't decided yet whether I'd take the job if offered.  I'm reasonably happy here and Mary Ann is no fan of moving to NYC, so it would take a pretty special offer.  But if that kind of money is really there and available, that would be a special offer and it would be hard to say no.

---

**From:** Ben Neel <bneel@uhnresearch.ca>
**Date:** Mon, 30 Jun 2014 21:08:59 +0000
**To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Subject:** Re: Interview

The interest free loan is interesting...to be honest, I am only interest if I have near complete control of at least 100 million. I am going to be quite frank with what I think I need to make them the second best cancer center in nyc-which is the only reason I might even be remotely interested.

Do u want the job?

Ben

---

**From**: Chernoff, Jonathan [mailto:Jonathan.Chernoff@fccc.edu]
**Sent**: Monday, June 30, 2014 10:51 PM
**To**: Ben Neel
**Subject**: Re: Interview

No, we didn't get in to that.  I did some Google sleuthing just to look at salaries.  The Med School Dean makes ~$3.5M, plus whatever bonuses, but I couldn't find Bill Carroll's salary (see http://nyulocal.com/on-campus/2013/03/14/what-nyu-pays-its-top-earners-and-what-most-of-your-professors-make/  Also, I learned a little bit about housing: you can get a low rent, NYU-owned nice place on Washington Sq, yours until you retire, or they give you an interest-free mortgage for whatever you do buy.  There might be more to it than that, but I didn't ask.  How much of the $50M (or possibly $150M) is your to control is also unclear.  I decided not to get into all that because I didn't want to presume too much, what with you and the other two candidates in the mix.  Grossman said to me at the end that he thought I'd make an excellent cancer center director, but he pointedly didn't add "of NYU", so I think he's undecided.

---

**From**: Ben Neel <bneel@uhnresearch.ca>
**Date**: Mon, 30 Jun 2014 20:38:06 +0000
**To**: Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Subject**: Re: Interview

July 9-10. Did they actually tell u what the deal was on your visit?

---

**From**: Chernoff, Jonathan [mailto:Jonathan.Chernoff@fccc.edu]
**Sent**: Monday, June 30, 2014 09:58 PM

**To**: Ben Neel
**Subject**: Interview

Hi Ben

 When is your NYU interview?  I think you are supposed to be the last interviewee, so
presumably, the Dean will make some sort of decision shortly thereafter.

Jon

FCCC0001058

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Holy cow!
**Date:** Tue, 01 Jul 2014 10:13:45 +0000
**Importance:** Normal

---

I disobeyed the therapist and sent those birthday poems to Aline yesterday. Can you believe it, she wrote back! Just a few lines, but she was friendly and asked how I was. It's been more than three years that she wrote anything, and then it was only to consign me to the nether regions of hell. I have no idea what to do next, but am elated.

So very surprising.

O'REILLY001882

**From:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**To:** Jonathan Chernoff <jongen1@gmail.com>
**Subject:** Re: Exercises
**Date:** Tue, 01 Jul 2014 11:57:52 +0000
**Importance:** Normal

---

I'm glad things are going well.  I am concerned, though, that the original goal that you asked me for help with was to get rid of the secrets and make things right with those who were hurt by them.  I'm feeing like there are just new secrets starting and I'm completely uncomfortable with being a part of that. I am very good at keeping confidences to help friends get through difficult times, but I cannot participate in a secret world, I'm sorry.

I'm OK with sharing life stuff- I'm thinking a lot about your mom and hope she's OK.  The job stuff on a superficial level is reasonable too.  I'm OK with hearing the life things that you feel comfortable sharing with MaryAnn.  I'm also OK with "I feel OK today" or "I don't feel OK today" and updates on the level of "things are going well" like the one above.  The secrets about other people and romantic interests are not things I want to know.  I'm sorry about this, but I know it's not good for me and I don't think it's good for you to have a new secret outlet for these things.  The therapist is just the right person to help.  She knows what she is doing and, unlike me, doesn't have to chat with your wife and colleagues knowing all the secrets.

I hope you understand.

alana

On Mon, Jun 30, 2014 at 8:11 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:

> Lots to think about after today's session.  I know you don't want a blow-by-blow account, but let me just say that this lady's OK.  I told her, only partly in jest, that she's giving me just enough rope to hang myself with, as her quietness invokes a reciprocal nervous chattiness from me.  The more I talk, the deeper the hole I dig.  Anything to fill the silence.  Maybe that's the point, yes?  One thing I like: she gives little homework assignments each week, an approach that suits someone such as myself, used to contemplating and completing defined tasks.  Prior therapists I've encountered have tended to be more touchy-feely.  There may come a day when that approach works with me - the moment of my emotional nirvana - but for now, I respond better to a harder-edged, concrete strategies.  One of these is a mental game to keep from obsessing about certain topics.  It's pretty simply in theory but hard to carry out in practice. She has another set for dealing with overwhelming sadness.  Some of these little games seem silly, but I figure I've got nothing to lose, since my way has proven so ineffective.
>
> There was an interesting piece in the Times recently about Philosophy, entitled "Weighing the Fish".  It talked about how most philosophers, when asked if a live fish gets lighter when it dies, will debate and debate about whether souls can have mass, whereas all they really need do is weigh the damned fish.  People like us are fish-weighers by nature and profession, I think, and perhaps that's why scientists make such lousy patients for traditional therapy.  I can't even imagine going though a Woody Allen-style, decades-long Freudian psychoanalysis.

O'REILLY001883

**From:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**To:** Jonathan Chernoff <jongen1@gmail.com>
**Subject:** Re: Sorry
**Date:** Wed, 02 Jul 2014 00:12:39 +0000
**Importance:** Normal

---

It's going to get better. And you won't have to decide anything in one week. Ben will visit in a week, then they'll get together to meet and argue and vote and whatever, then they'll have to spend time working to put an official offer together. It'll take time. Use what you have. No time to waste really!

hang in there, it's going to get better....

alana

On Tue, Jul 1, 2014 at 7:13 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
I trust that that is true, partly because you said it. I'm on unfamiliar ground, and I've decided for the present to take on faith your advice on personal matters (in science, I retain confident independent judgement and will be happy to argue with you about most any matter). So don't give me any bad advice, ok, because I'm apt to take it unquestioned. ;-). Well, not just your advice, now that a paid pro is involved. But you were the one who got me there. Plus, I just disregarded her firmest piece of advice, which was not to contact Aline.

Anyway, that's always my chief worry these days: have I somehow managed to lose a friend? I already threw out today's emails from Aline but I must say, in reading them once more before disposal, I can't figure out what I did wrong or could have said better. She actually loved the poems, but not, alas, the poet. She said I wrote too well and was a master of manipulating her feelings. So I'm used to losing, permanently, at least some people I care about. But that isn't you or my other friends who have experienced mostly the better parts of my nature, so it isn't fair to project. What I've learned from my brief time in therapy: in these matters it doesn't always matter what's logical or fair. That's such a foreign concept for me. Some of her exercises work to actively subvert that tendency, to come up with the less logical, but perhaps emotionally more satisfying, solution. I don't know if I'll ever get that. So there is some angst, even where there shouldn't be any, but I am grateful anyway for your saying that I needn't worry where you're concerned. I will try to move on from that non-issue, and focus instead on the many remaining real issues. Don't you worry, I have no intention of quitting before I'm ready. I can tell I'm not ready because there is almost a physical sensation of unbalance. I don't know how to put it better than that. It's quite awkward when I'm trying to make one of the more important career decisions of my life. I'm in bad shape to decide what shirt to wear to work, let alone whether to leave Fox Chase. Part of me hopes that they give it to Ben and then I can be done with the whole thing. One week is not enough time for me to get my act together.

The lemon definitely helps. I get tea almost every day and have gotten used to the bad flavor. It's a good excuse for a walk in the mid afternoon.

Thanks again,

J

On Tuesday, July 1, 2014, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
It's going to get better. Try to worry less about other people. We agreed I would say if something was too much, so I said it. That's that. When you have the option to set the boundaries, you don't have to get upset because you can trust that the other person will recognize the line and know that you're NOT upset because

you didn't let things go so far that they became upsetting. Make sense? So move on. No need to add emotional angst where there really isn't any (e.g. my end), OK?

The other stuff is for you to work out. You will too. Just don't quit before there is some measurable progress...

Back on track. Too bad the tea is so awful.... maybe the lemon helps a little....

alana

On Tue, Jul 1, 2014 at 4:58 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
Thanks for everything today. Nice to have someone bring tea also, which was needed today. I'm getting more second chances here than I'm used to or perhaps deserve. I'll try not to need a third.

What a mess I've become! And this is the guy they are considering to run a cancer center?

The panic button necklace could become some kind of a political fashion statement. Others should wear something like in in solidarity.

On Tue, Jul 1, 2014 at 11:48 AM, Jonathan Chernoff <jongen1@gmail.com> wrote:
In any case, it doesn't seem like there will be any new secrets with respect to Aline. Should've listened to the therapist after all. It seems I managed to upset at least two people today before 8 AM.

On Tue, Jul 1, 2014 at 9:52 AM, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
It's OK. It will get better too. Onward and upward, right?

Alana

On Tuesday, July 1, 2014, Jonathan Chernoff <jongen1@gmail.com> wrote:
Funny . I'd written this last night but not a sent it yet.
-----

I've got to apologize for something. I've been a bit off balance ever since early May, and I realize that I've crossed certain boundaries. Sorry about that. It's hard to figure out where they should be. You've helped me a lot and I don't want to take advantage. I'll try my best to keep the lid on from now on. It's getting a little easier anyway, now that there are no great secrets to tell and I've got a formal, paid helper who doesn't have to do double duty as friend, neighbor, and colleague. Ok? It doesn't mean I want to clam up completely (too late for that, I'm afraid), just that I don't want to spill so much that you're made uncomfortable, which I fear I've done.

Mea culpa.

O'REILLY001893

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Different topic
**Date:** Fri, 11 Jul 2014 21:12:10 +0000
**Importance:** Normal

---

Dear Alana,

With a little help, I have come to realize that I have a lot of unexpressed anger towards Aline. It's difficult, as the guilty(er) party, to acknowledge or express anger, as I have no right to feel that way. But it is there nonetheless. In all of our rare contacts over the last five years, the dynamic is always the same: she lashes out and I apologize. I had hoped that three years of silence, plus almost nine years of physical absence, might be enough. The way things deteriorated over the course of twenty minutes and three letters last week tells me that it's still too soon, and that maybe there will never be reconciliation. It's almost as though she had to will herself to be angry, that seeing me as a normal person would invalidate a narrative she's built up over the years. I wrote her an angry letter in reply a few days ago but shelved it in the Drafts folder, which I think was the right thing to do.

No comment necessary, I'm just thinking out loud and trying to frame some issues for next week. There's always something that bubbles up. I'm not doing that bad overall, at least compared to a month ago.

J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Summer memories
**Date:** Tue, 15 Jul 2014 01:07:56 +0000
**Importance:** Normal

---

Dear Alana,

Strange, as I watch the lighting and listen to the thunder, old memories wash in with the rain. I am in the mood to write letters and am just finished the third and last. The first was to my French teacher, Pat Lucan, from high school days. When I was fifteen I had a crush on her, as teenaged boys sometimes will on their teachers. She became a real friend later on, and attended my college graduation (New Haven), med school graduation (New York), my wedding (Baltimore), and Rebecca's naming day. It was she who gave me that stationary with my full name inscribed, the same that I wrote those notes to Nadia and Brendan last year. She developed CLL about ten years ago, right at the time of her divorce. She'd probably have died by now but for the miracle of ibrutinib. Before retiring last year, she was the head of the teacher's union in Hamden, CT. She was always feisty and strong and people underestimated her at their peril. I've been writing to her for almost 40 years now, on and off.

The second letter was to Rebecca. She called today, spontaneously, a new habit that I like. She wasn't calling to ask for money or for a new phone, or for any reason I could see other than to speak to her dad. It may seem like small thing, a phone call from ones daughter, but it is a big thing to me. One mustn't make too much of it, this I know, because the drug use is still there and could yet ruin her. But I see some small steps. This dog has been good for her. Disciplining him has helped discipline her. As troublesome as Blue is (he would have been put down by most reasonable people), he has hidden goodness and she is determined to bring that out. Her work is also so physically demanding that it may leave her little time for mischief. She said that today the temperature topped 105 in the shop and everyone had to quit at midday because their goggles kept fogging up.

And the third letter is this one to you. No special reason. It's just the lighting and thunder, which makes one reflective, and I have few distractions. It reminds me of summer nights at camp. Every summer my brothers and I were sent someplace or other, usually in the Poconos of Pennsylvania. For two summers I went to baseball camp. I was crazy about baseball and I think my parents wanted to burn it out of me. I remember at one camp there was a beehive just outside the window of our bunkhouse. Every morning there would be dozens of bees crawling on the screen. We developed a routine. One boy would spray the bees with some kind of brylcream hairspray that froze them in place, then another boy would swat the paralyzed bees, and a third would sweep them up. Once, during the color wars, I ran up to a member of the other team and pushed him hard in the back, knocking him over. I realized that I'd gone too far and sprinted away while he recovered. I hid in my bunk as he hunted for me, seeking revenge. He entered the cabin but by some miracle passed right by without seeing me. That was a lucky break for me, and probably the last time I pushed someone over.

J

O'REILLY001910

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Re: Long Beach
**Date:** Wed, 16 Jul 2014 01:30:44 +0000
**Importance:** Normal

---

I'm ok.  One gets a bit wistful thinking about the past, but these memories aren't bad ones.  In fact, they only confirm to me that my childhood was basically a happy one.  If I messed things up later, it wasn't due to malfeasance on my parent's part.  My dad could be distant at times, but it was mostly his time that we missed, as doing housecalls as he did was a terribly difficult and time-consuming kind of career.  As serious as he was, he had a few charming and utterly unexpected traits, like making us applesauce every September from the apple tree that grew in our backyard.  He didn't cook any other dish, just the homemade applesauce.  We ate it while it was still hot from the stove.

I guess you must also know the school-yard games four-square and up-against.  Growing up in Hackensack was likely similar to New Haven.

What sort of books are the kids into now?  Still castles and princesses for Nadia?

J

On Tuesday, July 15, 2014, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
> Wow.  Lots of stuff bubbling up!  You sure you're OK?
>
> Of course I know what running bases is.  I spent most of my summers in too hot Hackensack racing back and forth in the street.  So hot.
>
> Going up to read to kiddies.  Hope you have good nights remembering all the good old days...
>
> alana
>
>
> On Tue, Jul 15, 2014 at 7:53 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
>> Dear Alana,
>>
>>   I am trawling my memories as part of a therapeutic exercise.  Much of what I find will be of no earthly use for the therapist (not when I'm paying her by the hour), so you, lucky you, get to read about them instead.  Skimming is highly recommended.  Skipping is also allowed, as long as you don't tell me.
>>
>>   When I was young, each summer we'd spend some weeks at my grandparent's place in Long Beach, Long Island.  They owned a co-op or condo in an apartment building just behind the boardwalk.  All six of us, plus my parents, would somehow fit into their apartment.  Three boys would sleep together on the fold-out couch, while the fourth, in a much-fought over privilege, got to sleep on the lounger chair.  My two sisters slept on cots in a room with my parents, while my grandparents kept to their usual bedroom.  Gypsie, our dog, slept wherever she chose.  Sometimes my father would have to return to New Haven to see his patients, or maybe just to get some peace and quiet.
>>
>>   My grandparents had many interesting objects in the apartment that they'd collected from around the world.  One object, an ancient roman oil lamp, held particular fascination for me.  I'd stare at it for minutes at a time, hoping that if I stared at it long enough and hard enough then my grandmother would give it to me.

O'REILLY001915

She never gave it to me, and one day when she was dusting, she knocked it off the shelf and it broke into a million pieces.

In those days you didn't have to buy a pass if you got on the beach before the ticket sellers arrived, so my grandmother would send the lot of us out before nine each morning.  There we'd stay till noon, baking in the sun, body surfing, or playing endless rounds of running bases (two bases with catchers posted, and two runners who went back and forth trying to avoid getting tagged out).  At some point we'd hear my grandmother yelling from the balcony: "David!  Jonny!  Danny!  Josh!" and we knew it was time for lunch. Afterwards, back on the beach till five.  In the evening we usually did jigsaw puzzles or went to the arcade to play Skee-ball.  I still have the thousands of points in tickets we earned, as we never cashed them in, hoping to have enough some day for a decent prize.  I also remember some ridiculous game invented by my grandfather where you wrote down a number on a piece of paper and others had to guess the number based on how your pencil waggled as you wrote.  We loved that game.

Our other favorite activity was to fly paper airplanes off the balcony, hoping one would make it to the sea. None did, instead usually landing on the downstairs neighbor's balcony.  The neighbors also disliked that we tended to push all the buttons on the elevator, an act every boy ever born must commit at some point in his life.

One day, towards the end, we got to see a whole building burn to the ground.  By this time, the early seventies, Long Beach was decaying, and an arsonist had set fire to a large apartment building about a quarter mile from my grandmother's place.  We sat on a large dirt pile in an abandoned lot and watched the firemen fight the blaze while the news helicopters circled overhead.  By evening the building had been reduced to a pile of cinders with a few charred steel beams poking out.  The pile smoldered for days and days.  We were all transfixed by the sight.

I returned to Long Beach many years later, when I was in Medical School.  I took the train from Manhattan to Long Beach and went to the very spot where I had spent so much of my childhood.  They say you can't step in the same river twice, and that was certainly true in this case.  The building looked just the same but it was just a building like any other.  The magic was gone.

J

O'REILLY001916

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Childhood's End
**Date:** Wed, 16 Jul 2014 23:10:40 +0000
**Importance:** Normal

---

Dear Alana,

This one, perhaps, I should also share with Ms Cutshaw?

In 1972 I was 15 years old.  That summer I went to the last camp I would ever attend, the Cornwall Workshop in Sharon, CT.  This was a camp for teenagers and I went there with two of my best friends, Tommy and Matthew.  At camp, we were known as the Three Musketeers.  There I had my first major crush, on Wendy Warring from Elmhurst, Queens, the slender, pale, blond prototype for every girl who would ever follow.  One evening in mid-August, just as camp was about to end, I was summoned to the director's office to take a telephone call.  It was my mother, explaining that on their way back from a vacation at Crystal Lake (upstate NY), my father had had a heart attack.  He was in a hospital in Glens Falls.  He was only 54 and had never been sick for even a day that I could remember.  My first reaction was annoyance.  I had wanted to stay an extra two weeks at camp so that I could be with Wendy (who, by the way, was infatuated with one of the counselors and wasn't giving me the time of day), and this new development was ruining my plans.  I tried to argue my way out of coming home but there was no way to convince my mother, so the next day I packed my things and got on a bus.

My father survived the first heart attack and was gradually recovering.  I went up to see him one weekend at the hospital in upstate New York.  I remember that we watched some of the famous chess match between Bobby Fisher and Boris Spassky that was taking place in Iceland that summer.  My father was a chess fan and liked to tell the story about how the great orthodox Jewish chess champion Reshevsky had been put up by his father at their apartment once when he came to play a tournament in New Haven.  My father showed me his EKG (he was a cardiologist and that was his particular specialty) that flickered on the green monitor over his bed, pointing out the large q waves that indicated an anterior myocardial infarction with left axis deviation.  He seemed weak but well enough.  About a week later, on August 29, he was to be transported from Glens Falls to Yale-New Haven hospital.  That night he had a second heart attack that killed him.  I learned of it from my sister Mimi.  She burst into my room at 4 AM, crying.  I kept thinking, why is she here in my room at this hour of the night?  It took me a while to comprehend what she was saying.  Then we had to tell my brother David.  He had just arrived that very night back from a summer in Israel, called home by the emergency.  We could barely wake him, his jet lag was so bad.  My two younger brothers happened to be with my grandparents in Long Beach.  They came by train.  My grandmother had told little Josh that my father was ill, to which he apparently replied, in a grave voice, "Ima, it is far worse than that."  I wonder how he knew?

My mother had just recovered from breast cancer surgery earlier that year, and we had thought that that was the year's catastrophe.  A month later, her father died, and then our beloved housekeeper Helen, a woman who'd practically raised us, making 1972 our official annus horribilis.  No one fell to pieces and life went on.  I got the Volvo, so at school I was considered one of those lucky kids who had his own car.  It was red and rather sporty for the times.  When my brother Josh was very young, he would stand at the front screen door when my father drove away in that car on a house call.  He would wave goodbye at the departing car and say, with tears in his voice, "Daddy gone way in the Wo-Wo car."  Woe, indeed, for us all.

J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Habits
**Date:** Fri, 18 Jul 2014 19:28:13 +0000
**Importance:** Normal

---

Dear Alana,

You may think it's strange, but I'm a little nervous about Mary Ann taking the job at Temple.  It's not anything bad about her and me in particular (and I'd keep that private in any case), it's just that I've been living on my own for so long now that I might not be fit company for anyone.  No, I don't leave the toilet seat up or the bed unmade or crumbs on the table or other classic bachelor things, and I'm not even all  that messy, but I am used to hours and hours of alone time, and that will change.  You've probably not had an extended absence like that from Dale, but it does change your daily routine, as you might imagine.  After a while, routine becomes habit, and habits are hard to break.  So, it's fewer crossword puzzles, novels, and workouts for me, and more dinners, videos, and conversations.  Just hope I remember how to be sociable.

J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Otherworldly
**Date:** Sat, 19 Jul 2014 00:58:30 +0000
**Importance:** Normal

---

Dear Alana,

Camp Ramah, maybe 1966, somewhere in the Poconos.

That summer, my brother Danny and I were sent to camp Ramah, a Hebrew camp that my grandfather was involved in founding.  In those days there was a movement among American Jews to learn Hebrew.  Camps such as Ramah were set up for this purpose and one was supposed to conduct all conversations in that language.  Of course, none of us did, but stuck to good old American English whenever the counselors were out of earshot.  We were just regular boys from New York, from Far Rockaway, from Pyramus, from Hartford, and none of us had done more than study Hebrew on weekends at Saturday school.

Although this was not a strictly religious camp, there were nevertheless services on Saturday.  What a bore these were!  So much time listening to the rabbi drone on and on, the rising, the sitting, the nodding of ones head - I hated it all.  One Saturday my brother and I decided to sneak off in our own.  While the others went to pray, we went for a hike up a trail we'd recently discovered.  We walked through the woods for a while getting further and further from landmarks we knew.  We were drawn to follow a strange buzzing noise in the distance, a machine-like drone.  As we walked, the drone got louder, and one could sense a throbbing rhythm.  What could it be?  We were in the middle of nowhere, no houses, cabins, or constructions of any kind, just pine trees and firs running up the ridges of the hills.  Up ahead we saw a clearing and we ran to see what might be there.  When we arrived, the buzzing noise ceased.  There in the clearing we saw a number of young girls skipping robe.  They were dressed in frocks that went to their ankles, and wore bonnets on their heads.  My brother and I stayed at the edge of the clearing so the girls didn't see us.  We slowly walked around the edge of the clearing, keeping close to the trees.  As we passed alongside the girls, I saw the strangest sight of my life: when seen from the side, the girls and their rope had no depth.  They were as flat as a piece of cardboard.  We walked further, getting behind them now.  From this vantage, all was normal.  We walked yet further around the circle, and once again saw them in edge, a two-dimensional cutout.  We panicked and ran, as fast as our legs would take us, out of the clearing, down the hill, down the path, and back to camp.

We made it back just as services were ending.  We were sweaty, filthy from running through the brambles, and scared out of our wits.  Whatever we had heard and seen, we both had heard and seen it.  To this day, I don't know what it is we experienced that summer day long ago.

J

O'REILLY001930

**From:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**To:** Jonathan Chernoff <jongen1@gmail.com>
**Subject:** Re: Decisions, continued
**Date:** Mon, 18 Aug 2014 18:00:34 +0000
**Importance:** Normal

---

The bike article is so awesome. Thank you. That's how I feel too, so it's a huge loss to replace that sense of freedom with fear. Hopefully I'll feel brave enough to ride on vacation. I need something back that feels like mine.!

I'm really glad the therapy is helping. No matter what comes, you'll be more prepared for it!!

Running of the train now...

Alana

On Monday, August 18, 2014, Jonathan Chernoff <jongen1@gmail.com> wrote:
> Interestingly, option three has never been raised. I guess she's not ready to retire yet. It's true that there aren't any real financial impediments. Our house is paid off and Rebecca is - God help us all - more or less on her own now. Even if something awful happened to me, Mary Ann would be at least OK for money. We've been making decent money for some time now, with almost no change in spending or lifestyle. Yes, it is pleasant to see a higher digit in ones bank account, but it seems disconnected from everyday life. Of course, all that changes if those digits get too low, but it's been many years since that was an issue. I'll probably work till they kick me out or I drop dead, as I can't get enough of this research stuff. That's in line with all my forebears and suits me to a tee. I might have told you that my grandfather, the morning of the day he died, put the finishing touches on his last published article. It was about the slaying of the Israeli athletes at the 1972 Olympics, that had occurred a few months previously. Mary Ann's career means something different to her and isn't as central, but, like anyone, she does like the feeling of contributing to a larger mission. She'll have to figure out if her extensive outside interests would be enough to fill that void, or maybe she could volunteer for some worthy cause. But we do pay a price while the present situation endures - that's clear - and, as you say, one can't recover time.
>
> Yup - this is the winter of the snow-blower. Even if it is a quiet year, as they say always happens when one finally springs for a machine, it will be good to have the capability. I don't mind some winter exercise, but last year was ridiculous. And with Dale as the carburetor guy, we should be in good shape.
>
> This therapy thing, I have lots of opinions about it, but overall I see it has been personally helpful and that's why I've decided to continue indefinitely. Some sessions go better than others, depending on how open or willing I am to challenge old assumptions. Still, I would agree that it actually has been onward and upward, and that certainly beats the alternative.
>
> You're doing better, I hope, with your concerns? Things seem quiet enough, but that could mean anything. There's a nice editorial in the Times about a woman who like to bikes alone. I've sent a link to your regular email. There are also some interesting comments that go along with the article.
>
> J

On Mon, Aug 18, 2014 at 7:24 AM, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
> This is a really tough thing. It seems like one part of life requires almost a complete sacrifice on the other. I guess I don't really understand why she has to do either of these jobs. I know a lot of people who make max

O'REILLY001965

1/5 of what you guys make who can retire at any time. If your house is paid off and Becca is out of school already, plus Mary Ann is quite thrifty anyway, I just don't understand why the agony to make a choice between two non-ideal situations. Maybe I'm just in a "you only live once and you don't know for how long" kind of space right now. Time is really the only thing that you can't ever get back. She's told me before that she has a lot of other things she wants to do. No time like the present, you know?

good luck anyway. I hope she feels settled when she makes her decision in the end.

by the way, Dale is quite interested in the snowblower splitting idea...

alana

Otherwise, I'm glad you're feeling a lot better. Seems like you found the right person and can get past some of the really heavy stuff, or at least make it a bit lighter.

onward and upward, right?

alana

On Sun, Aug 17, 2014 at 8:30 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
> Hi Alana,
>
> I haven't given you too much to read lately as most of my stories have been poured out elsewhere. That all is going ok and I've switched to biweekly sessions. A lot of the acute pressure was related to the job situation and the upcoming yearly letter to Aline. Although the latter situation is still an unhealed wound, at least the job stuff is settled, and that had weighed on me more heavily than I knew. Now, the big thing is what Mary Ann will choose. At the moment, it appears she will stay at CINJ. It's a pity, but there are red flags with the new job offer. Mary Ann has, from the time she left the lab, been in charge of her own shop. Yes, she has a boss, but she runs an operation the same way you or I do. The proposed job at Temple seems quite different. Susan Fisher has made it clear that Mary Ann would be part of her team, without much independence. At her age and with her experience that may not be tolerable. She would have no staff, and she fears she's being set up as a highly paid go-fer. I don't know what to tell her, as I don't know Susan Fisher that well, though I will note that her husband sometimes tries the same thing with me. In my case, am too well established to be marginalized, but she'd be the new kid on the block at Temple. Mary Ann is this week trying to contact various people who've worked with Susan in the past to see what sort of manager she is. She has to declare by August 25, one week from tomorrow. Personally, I'd like her to come back home, but I have to careful what I say, as, if she does come back and hates the job, that will raise even more problems than we have now. It's got to be her decision. Worst case, she stays there a few more years and then retires a bit early. As long as I stay healthy, that plan could work. But I do feel bad about the years passing in such a lonely way, with both of us in our empty places so much of the time. I don't obsess about endings, but, as the years go by, it is hard not to notice how finite time really is.
>
> J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Out of the blue
**Date:** Thu, 28 Aug 2014 01:08:46 +0000
**Importance:** Normal

---

I got an totally unexpected email yesterday from Aline, entitled "apology". It was strange in every respect. I had not written to her since the fiasco in early July, nor intended to again until this time next year as has been the pattern. She hadn't written spontaneously to me since maybe seven years ago. In the letter she apologized for having blamed me for her childlessness, saying that she had written that on purpose, knowing it wasn't true, to drive me away. She also said she forgave me and wished me well. That was new. She then ended by saying that if I ever contacted her again, whether next year or in a decade, she would write to Mary Ann and give a full accounting of the past. She said it wasn't punishment for me but just something she had to do.

Naturally, I am not going to call her bluff, if that's what it is. It's not worth the risk and, anyway, she could hardly have made herself clearer about wanting to be left alone. She's always going to be the jagged edge for me; I've just got to accept it. I will continue to write her a poem every year as a kind of remembrance, but it will be for me, not for her, and I'll not send them anymore.

J

O'REILLY001967

Message
| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 9/11/2014 6:02:55 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: Our friend |

A lousy couple of weeks for sure, at least in my administrative role.
Often I find myself fighting against the combined Fisher/Beck duopoly. I
have yet to see them disagree about anything. I don't lose every fight,
but I sure don't win them all either.

Could certainly use your help when it comes to going after new resources.
We can start with Mrs Greenberg, since she's all set up, but we need to go
beyond reaching out to one wealthy old lady. This is one of the many
extra aspects of our jobs that we didn't know about when we became
scientists. And, as you've pointed out previously, this part of the job
falls more heavily on some than on others.

I can see you in a Kate Capshaw type role (the resourceful heroine) in one
of those adventure movies.

On 9/11/14 7:34 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

>Yeah, you're not really having a banner week between this and Wafik. I'm
>really sorry. I think things like this sort of highlight the missing
>pieces and hopefully give you some ideas on how to create new
>opportunities. I really think that a research capital campaign where you
>control the purse strings would make all the difference here. Then you
>don't have the administrative nonsense of the CEO to deal with, but have
>the opportunity to change and improve the scientific enterprise. If I
>ever get out from under the giant pile of stuff I have to do before
>December 1, we should get some research people together and figure out
>how to raise a big chunk of change. Make our own marketing campaign.
>I'm getting good practice on a small scale from the high school program.
>Since money is really the power, we need to get our hands on money. You
>know?
>
>Too bad I wasn't discovered in time to star in something like Raiders of
>the Lost Ark- all adventure, lots of money and fun... Oh well. Like you
>said, at least I have my health :).
>
>alana
>_____
>From: Chernoff, Jonathan
>Sent: Wednesday, September 10, 2014 9:31 PM
>To: O'Reilly, Alana
>Subject: Re: Our friend
>
>Assuming he's been recruiting since he went to Canada, I'll bet the
>junior faculty in particular feel closely tied to him. They'll probably
>be the most vocal in protesting to the administration if he goes. Ben is
>eating that up a little, as nothing is more gratifying than hearing how
>your institution will fall apart if you leave. In this matter, I know
>whereof I speak.
>
>As for me, I do feel a twinge of regret. I think I could do more than
>i'm doing, and could definitely do better than our current leader in that
>role. And it's not that I have such a high opinion of my abilities (you
>should see my self assessment form, which is graded the equivalent of a D
>plus); it's just that we haven't had decent leadership for so long at our
>place. But it probably is not to be, and I can live with that. I still
>love doing science and I'm very fond of some of my colleagues. Life's
>not that bad, all in all. And, as my grandmother used to like to say,
>I've still got my health. ;-)
>
>Your kids will love that you keep appearing in the media. Sometimes one
>doesn't recognize ones hidden talents. You could end up a very effective
>communicator through videos and other forms of public communication, in
>addition to standard teaching formats. Maybe that's to be your destiny.
>
>J
>
>Sent from my iPad
>

```
>> On Sep 10, 2014, at 8:45 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu>
>>wrote:
>>
>> Seems kind of funny that he's so in demand.  So many people really
>>despised him in Boston.  But he did a good job in Toronto and raised a
>>ton of money, so I guess they've never had someone with his level of
>>drive before.
>>
>> Do you feel upset about it?  He'll probably bring a bunch of people
>>south with him I bet...
>>
>> I'm working on our first paper from the high school program
>>experiments.  It's small, but I think kind of important.  Will be
>>interesting to see what the reviews look like...
>>
>> Also got asked to be in a video for the kids' school.  What gives?  I'm
>>ready to go back to being completely invisible.  This movie star stuff
>>is for someone else!!!
>>
>> alana
>> _____
>> From: Chernoff, Jonathan
>> Sent: Wednesday, September 10, 2014 8:21 PM
>> To: O'Reilly, Alana
>> Subject: Our friend
>>
>> Looks like our friend Ben is heading for New York.  He hasn't totally
>>closed the deal yet, but it sounds like he's close.  I think he wanted a
>>reasonable (for him) counteroffer from Toronto, but they couldn't or
>>wouldn't give him what he wanted.  The faculty there are in an uproar
>>about it, as they don't want to see him go.  I can only imagine the deal
>>he's getting at NYU.
>>
>> J
>>
>> Sent from my iPad
>>
>
```

**From:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**To:** Jonathan Chernoff <jongen1@gmail.com>
**Subject:** Re: Memory floods
**Date:** Mon, 15 Sep 2014 11:23:44 +0000
**Importance:** Normal

---

OK. If she was using profanity and blatant innuendo (or more than innuendo) then my huge suggestion would be to steer clear of her or give her a clear "I'm married, go away" message. That is seriously manipulative and messed up. I hope she was at least seriously drunk.

I hate that stuff. It's what makes it harder for all the rest of us who actually would like to have a scientific conversation with other scientists. No wonder the men get so confused if you walk up to them and say "I really enjoyed your talk". I had a particularly bad experience a couple summers ago at a meeting and came back wondering what the heck was going on. It came up after a Wednesday seminar with Glenn, Dave, and Fabrice. Glenn said I was imagining things (not in this case but I didn't give them any details), Fabrice looked sad and admitted that he would never have lunch with a female colleague at a conference without other people around, and Dave said "You have to understand. Most men have a deal with their wife that they will not interact with female colleagues at conferences. Helps them avoid temptation.". Temptation? Seriously? I love the assumption that whatever is going through the guy's head is going to be A-OK with the woman. And the concept that women go to conferences with a willingness to do whatever a male colleague finds "tempting". It's all messed up. Even worse if you don't look like a dude.

Anyway, try to put her out of your head. She's messed up and probably quite dangerous. If she loves Fisher, Issa, AND you, then you have to wonder what the baseline commonality is there. Answer=power. Dangerous.

I think you knew this would be a hot button issue for me...

At least I am now teaching girls who will become scientists and doctors that they deserve respect from their male colleagues and how to make people listen to what they have to say instead of whatever they have going on inside their own heads. I also frequently take the opportunity to tell the young men stories of how hard it is for women scientists. My two summer kids had the awesome opportunity to witness two guys calling me "Baby" at the SDB meeting this year. "Excuse me?" I said. "You stay gorgeous all day, baby" they responded. The two boys almost passed out. They could not even believe it that someone would speak that way to someone they respect so much. Good learning opportunity for them. Shock is a great learning tool....

anyway, I have to make the kids' lunches. I'm not going to become complacent at 45. I got a late start due to endless postdoc. SO I need at least until 50.... and I'm not short on new ideas anyway :).

alana

On Sun, Sep 14, 2014 at 9:54 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
> Not sure that Mary Ann saw anything. Her husband sure did though and he made a bee line over to where we were talking. I'll bet he's used to this sort of thing. If you do someday meet Trish (she's on the transplant team) I'd love to get your take on her. She has a young child, so you might have seen her at daycare. What else did she tell me? Let's see, she used a lot of profanity, at some point got me mixed up with an ex-Temple resident named Mark Chernoff, and said some other stuff that made my ears turn red. I'm not sure if Fisher hired her, but he well might have.
>
> I think, as a woman scientist, you face a lot of extra burdens, some of which are almost impossible for a guy to understand. Tonight's episode reminded me of that.

O'REILLY001995

44 isn't so bad.  I think one peaks from 40-45, so you're good for another year at least ;-).  Old enough to have some wisdom, and not so old as to be stuck in ones ways.

On Sunday, September 14, 2014, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:
Did MaryAnn take her out?  Or at least say something?  I bet she is a very insecure person who thinks this is the only way to get anyone to listen to her.  I doubt seriously that issa is in love with her or anyone other than himself.  He tries to do the "I am strong powerful man you must find me attractive bit" though.  You can guess how that went over with me.  That was the day I came back from Temple and had to get a drink.  Kind of gross really.

But anyway, I wouldn't think too much of it (or, unfortunately be too flattered by it).  It's an odd way to behave but it's nearly impossible for women scientists to get their male colleagues to listen to them, so I guess some go that road.  I prefer to be aloof until after I give my talk and then people usually talk to me. It's not easy though in the land of women scientists.  If you talk to a guy, he thinks you're talking about something else.  If you don't talk to them, they don't talk to you.  Not an easy road for sure.

I was born in January 1970, so I'm a 70's girl, just barely.  Quite more than a day over 43 unfortunately...  So it goes...  Everything goes to crap after 40.

Anyway, don't bother your brain any more about Trish.  If I meet her, I'll be sure to diagnose her.  Did Fisher hire her himself?  I could see that approach being quite successful with him.  But you didn't hear that from me....

alana

On Sun, Sep 14, 2014 at 8:29 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
Yes, one does feel pretty special at these events.  You have to study for months on end.  I remember they made me read all sorts of books on Jewish history.  I only skimmed some and I remember having to fake it when the rabbi asked me to describe the relations between the kings and the prophets of Israel.  I said "they didn't like them."  Bingo!  I lucked out on that one.

I always think of you as a post 1970 kid, but I must be off by a year or two.  Surely you are not a day over 43?

I just got an outside review for one of Alexei's grants.  This guy really ripped it apart.  I hope Alexei takes the review seriously, as it could be very helpful.

I just had the oddest experience at Fisher's party.  A pretty young woman came up to me and introduced herself as Trish.  She is a hematologist at FCCC but I hadn't met her before (she's Patricia Kropf, as I just googled her when I got home).  Anyway, she was extremely flirtatious, touching my arm every ten seconds, telling me that I was her hero, that she'd do anything for me, that JP Issa was in love with her, and all sorts of other crazy things.  Remember, I'd never met her before tonight.  Plus, her husband is standing nearby, as is Mary Ann.  At my age, I'm really not used to this sort of thing, and while I must admit I was a little flattered to be the object of her attention, I was also more than a little horrified.  How is one supposed to react?  I was very confused by the whole encounter.  Since it usually is the other way around, with men coming on to women, I'm guessing things like this must have happened to you and to other of our female colleagues.  Anyway, it made for an odd and unexpected evening.

J

On Sunday, September 14, 2014, Alana O'Reilly <alanamarieoreilly@gmail.com> wrote:

O'REILLY001996

I think it's nice that Jewish tradition allows children to come of age alone.  Confirmation for Catholics is the same idea, but you line up behind 50 other people, bow in front of the bishop who has never met you before and go back to your seat.  Not exactly a big transition and what does it have to do with being an adult to have some guy you've never met in a gigantic hat rub oil on your head?  I remember being very disappointed with the whole thing.  So it goes.

I was already talking and walking by December 1970, probably even had a few teeth.  Still bald as an egg though.  Guess I'm older than you think... Of course I was talking and walking a bit young... Actually that was the year my brother and I had chicken pox for Christmas.... Pretty.

busy running around weekend with parties and playdates and all kinds of stuff.  Hopefully I'll get some work done, but it's not easy at home.  Not sure how I'm going to get all these stupid grants done.  One thing at a time I guess...

glad you had a nice time at the bat mitzva anyway....

alana

On Sat, Sep 13, 2014 at 10:19 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
> As one gets older one becomes ever more subject to memory floods, in which tides from the past wash ashore with increasing force.  At Warren's daughter's Bat Mitzva tonight, I couldn't help but think of my own, and then my father's, and then father's father's.  My father became a doctor, but he was trained for a life in religion.  Twelve generations of rabbis there had been before him; he was to be the thirteenth.  He was probably one of the few Jewish children who disappointed his parents by becoming a doctor.  In school he supported himself in two ways.  The first was as a tester of anti mosquito creams.  They'd paint his arm with the latest potion, have him insert it into a special box, then release the mosquitos.  Usually they would bite heartily.  His other job was as a teacher or Haftorahs.  In Judaism, a boy or girl at thirteen is called to the stage to read from the Torah.  Since most kids these days don't know Hebrew, much less Aramaic, they usually study with the rabbi or with audiotapes to learn their section.  My father, so well versed in the Bible, could teach all the hundreds or Haftorahs from memory, so he hired himself out as a teacher for children.  I doubt he made much money.  When I myself was learning, he made me a tape from which to study.  It was an old reel to reel job, before the days or cassette tapes.  I still have it someplace, but no machine to play it.  And don't you know that I still remember some of that lesson?  My Bar Mitzva took place December 7, 1970, on a snowy day in New Haven, probably just before you were born.  Hardly anyone showed up due to the weather.  I did ok, except I accidentally touched the scroll with my finger instead of the pointer, which was a big no-no.  I still blush to think of it.  But my grandfather said that I shouldn't worry, such things happen.  His bar Mitzva was a simple affair, he said, attended by just a few people.  It would have been 1896; can you imagine?  Before airplanes and even cars.
>
> It's late and I'm rambling.
>
> J

O'REILLY001997

Message

| | |
|---|---|
| **From**: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent**: | 10/5/2014 9:28:46 PM |
| **To**: | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject**: | Good deed |

Hi Alana,

   I got to do a good deed this week.  I think I might have told you that Andra Gibas, my very first girlfriend from Medical School days, recently asked me if I could help her daughter find a job in the area. The daughter is interested in behavioral sciences, and is currently working in NYC while she decides whether or not to go to medical school.  She also has a boyfriend at UPenn, hence an interest in relocating to this area.  I got her in touch with our newest faculty hire, Jenny Reese, and it seems they hit it off.  I'll be darned: this networking thing can actually work on occasion!  Of course, it doesn't hurt that the daughter is very bright and talented with a great college record, but still, one needs a helping hand sometimes. And I got the privilege of providing that helping hand.  In terms of penance points, it's not exactly the same as rescuing someone from a burning building, but it's more good than I can usually do in any given week, so I'm feeling pretty OK today.

   Cape May was nice, as usual.  We did a "power" walk (Well, my version of a power walk; I like to either run or walk, not do something in between) up and down the boardwalk and beyond.  This time of year is the best down there.

J

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Laurel
**Date:** Thu, 20 Nov 2014 21:25:54 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Friday, October 10, 2014 5:15 PM
To: O'Reilly, Alana
Subject: Re: Laurel

Great that you got such a interested crowd, even the famous Dr Spradling.
Were you in some special education session or something, to describe the science program?

You and me both will be busy writing, in between whatever interruptions happen. You might do better by staying home to write.

One other bit of news: the ovarian SPORE was scored at 40. That isn't good. I am going to recommend that we ask Denise to become the program leader if we want to resubmit. I'm not that sure she'd accept though. At this point, she doesn't even know the outcome, but she will soon enough.
We'll need to see the actual comments in any case, before deciding anything.

On 10/10/14 5:04 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

>I'm glad I wasn't there if they're showing the video. YIkes.
>
>I did my talk last night and the senior people in the audience are kind
>of blown away. They think the program is awesome. An unexpected
>surprise was that all of the questions were about FDA regulation of
>dietary supplements. People are shocked at the way recommended daily
>allowances are determined (basically by taking average levels from
>healthy people) and that there is no regulation of either the
>composition of dietary supplement pills or their effects in people. A
>bunch of people are asking me whether I think the levels we give the
>flies are similar to what people consume and whether I think the
>dramatic cellular effects we see in flies also happen in people. It's
>funny because I totally expected dramatic defects in the flies- even
>Allan Spradling said "these are very dramatic phenotypes that raise
>obvious questions about the safety of these compounds in people!!". I
>think he likes my crazy approach in some ways. In the end, I am so
>surprised that the impact seems to be political. Maybe an angle that could bring in some funds.....
>
>Going to the banquet soon- too bad I'm not a lobster fan. I think
>Dale's mom was doing a Halloween project of some kind with the kids.
>
>I'll be pretty much underground for the next couple weeks writing my R01.
> It's going to be a tight crunch, but I have what I think is an
>exciting idea now for Aim 2, so I just need to get it done.

O'REILLY002099

>
>Good luck with all your leader stuff (that I shouldn't know about,
>please)....
>
>have a good weekend!
>alana

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002100

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Union league
**Date:** Thu, 20 Nov 2014 16:36:40 +0000
**Importance:** Normal

---

From: Chernoff, Jonathan
Sent: Thursday, October 16, 2014 7:46 AM
To: O'Reilly, Alana
Subject: Re: Union league

Very sorry. You are right.

J

Sent from my iPhone

> On Oct 16, 2014, at 7:40 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> This is giving me grief. I have said many times now I do not want to know the high level confidential secrets of FCCC, let alone how Bob Beck spends his money. It has to stop. I cannot be your secrets person. You are putting me in a very bad situation that is causing me enough stress that I don't even want to come to work anymore. You need to find someone outside of Fox Chase to talk to about these things. I will not answer this type of contact anymore.
>
> alana
>
> _____
> From: Chernoff, Jonathan
> Sent: Wednesday, October 15, 2014 8:45 PM
> To: O'Reilly, Alana
> Subject: Union league
>
> Hi Alana,
>
> Just got back from a dinner downtown at the union league. Bob beck is a member ($3,500/yr, plus extras). There was Bob and Verdi disesa and me and Lew Gould, our board chair. We had scheduled to talk about out failed search for a senior person, now a success, in theory. Two glasses of Merlot and I get a burr to my voice, but fortunately I didn't forget where I was or who I was with so didn't start spouting my true opinions about Wafik or various other issues.
>
> It seems it will be my call what happens to our restored cure monies. In the past, we've used these to find operations, as in filling in my lab or Jeff's or yours or whoever most needed it. Now there is a move towards using such windfalls for aspirational new things; a new trial or a hire or a piece of equipment. I have to think about it. If you have any ideas I'm happy to listen.
>
> Regarding the ride, Alfonso is happy to play domestique, so I can ride with him if I choose the 50 mile distance. I want to say that my sole goal on Sunday is to support you and your program, not to cause you any grief, so don't worry about me, ok? You like to ride alone so you should ride alone. I'll be fine.
>

O'REILLY002023

> J
>
> Sent from my iPhone
>

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002024

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 10/16/2014 5:02:54 PM |
| **To:** | O'Reilly, Alana M [/o=tuh/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=O'Reilly, Alana M7e5] |
| **Subject:** | Re: follow-up |

Very good; I am relieved. I really do feel bad about becoming a problem rather than remaining an asset to you as I should be and want to be. I think a reset is the right thing to do and things will soon get better and more relaxed, you'll see. Regarding the institutional disappointments, I'm here to help if I can (assuming I'm not the cause of the disappointments), so if you want to talk about that, I might prove useful. Remember, we're getting the CURE funds back, so there is yet another million dollars in the kitty. Money doesn't fix everything, but it can help some things. Or, if it's regarding HR, there are some developments there too.

I get the solo riding thing and understand it has nothing to do with me. As I said earlier, I had thought you were riding with Alfonso as a special event. Anyway, he's going to slow down for me and push me if I need pushing. Early this morning I took a little test ride. I followed your route except for the beginning, taking Forrest up to Meetinghouse instead of your way. I just wanted to make sure the bike was OK and that I was OK. Definitely more pure quad activity needed on the bike than on the erg, especially on hills.

I'll let Alfonso know about the return trip.

**From:** "O'Reilly, Alana" <Alana.OReilly@fccc.edu>
**Date:** Thu, 16 Oct 2014 12:17:20 -0400
**To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Subject:** RE: follow-up

I'm sure it will be fine. I have to focus on my lab right now though. It has been a challenging week to say the least, for this and several other institutionally disappointing reasons.

For the bike ride, it makes the most sense for you to come with us since we have room and it's across the street. The kids got invited to a Halloween party on Sunday afternoon after the ride at a farm that is close to the ride though. If Alfonso could take you home, that might work best? I have a 2-bike rack if he needs to borrow it. Also, I really do like to ride by myself. That is a preference of mine, not a personal thing for you.

Hope the reset button works,
alana

**From:** Chernoff, Jonathan
**Sent:** Thursday, October 16, 2014 10:27 AM
**To:** O'Reilly, Alana
**Subject:** follow-up

Hi Alana,

I'd like to add a couple of things to my earlier note. I'd say this all in person, but I'm not sure you'd want to see me right now, especially as you have a grant to write. First, I apologize. Due to my own issues, I keep putting you in this awkward spot and that's a bad thing and entirely my fault. Second, I feel horrible that I've caused you to not want to come to work. That's really bad. My own feelings aside, that is exactly the opposite of my job. I'm supposed to clear obstacles for you, not create them. I hope the damage isn't permanent. You've been through a lot already and you don't need this for sure.

FCCC0001515

if it is possible, I'd like to push the reset button and clear some of this awkwardness. You're a great and admirable person and I don't want to lose your friendship or harm your career in any way. Quite the opposite. I will do my best to keep things out of your world that don't belong there. On a practical note, if things are too weird, I can always arrange to drive up with Alfonso on Sunday, or even skip the event. I hope things won't be weird though; I'd hate that.

Once again, I'm sorry. It won't happen again. Don't avoid coming to work on my account, please.

J

FCCC0001516

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: -
**Date:** Thu, 20 Nov 2014 21:23:05 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Friday, October 17, 2014 9:48 AM
**To:** O'Reilly, Alana
**Subject:** Re: -

No, it's OK.  It can wait.  Email sometimes doesn't cut it though.

I'm not used to having you mad at me, even if for good reason.

---

**From:** "O'Reilly, Alana" <Alana.OReilly@fccc.edu>
**Date:** Fri, 17 Oct 2014 09:18:03 -0400
**To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Subject:** RE: -

I'm so busy today.  I know you want to clear the air, but I really have a suffocating amount of stuff to do.

If it has to happen, maybe a few minutes after tea?

thanks,
alana

---

**From:** Chernoff, Jonathan
**Sent:** Friday, October 17, 2014 9:09 AM
**To:** O'Reilly, Alana
**Subject:** -

Hi Alana,

   I'd like to stop by and see for a few minutes if you're in today.  Nothing momentous – I just haven't seen you in person in a while and there are a couple of things I'd like to discuss.  I'm free pretty much all day, except for 2:30- 3.

J

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002087

**From:** "Alana O'Reilly" <hmmbrd07@gmail.com>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** Fwd:
**Date:** Thu, 20 Nov 2014 23:52:41 +0000
**Importance:** Normal

---------- Forwarded message ----------
From: **Alana O'Reilly** <hmmbrd07@gmail.com>
Date: Fri, Oct 17, 2014 at 6:34 PM
Subject:
To: Alana O'Reilly <hmmbrd07@gmail.com>

This is why I hate email for these sorts of conversations. Nuance is lost too easily. I've known you for a long time and this time something felt quite different, much chillier, but I am glad to be mistaken. I doubt anyone understands as much as I do about the pressures of grant deadlines. I myself am writing two at the moment, and a bunch of other things too. I sympathize and can help by reading sections of yours if you want.

For the ride, I think people are surprised maybe because of the nature of the event, not because you normally like to ride alone. I don't say that as a criticism, but an observation. Since it's an event in support of the immersion program, and these people signed up in support, in some sense, of you, perhaps there was an expectation that we'd all be riding together as a kind of bonding experience. Anyway, for my part, once you said what you wanted to do that was fine by me and I mean that. It's really no big deal. Maybe this is your mountain from a molehill.

I have something for the kids I'd like to give them. I had some book stamps made up, one for Nadia with her name and an image of a knight on a horse, and one for Brendan with his name and an image of an eagle. Could keep them busy stamping books and papers on a car ride. I made others for all my lab people that I'll give them nearer the holidays.

J

Sent from my iPad

On Oct 17, 2014, at 5:12 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:

This is really making a mountain out of a mole hill. I'm frantically trying to finish Tiff's grant for PanCan due Monday, write the training packets for the teacher course for tomorrow morning at 9, deal with a supposed

O'REILLY002316

liability issue with the high school program website, and start my R01 due in 11 days. I'm sorry you feel badly and unwelcome, but this is something to be handled by someone other than me as I have deadlines that are very important to me and also to you and the place.

Things will be fine. There are rules that have to be followed. As long as things stay within the rules, there won't be any more problems. I am not angry, I am frustrated and stressed out about spending so much of my time supporting other people. Right now, I have to focus on my own work. Otherwise you will be closing my lab in a year and that will be worse.

In terms of the bike ride, it's up to you what you want to do. We're going there at the same time, so it will be fine. Alfonso stopped by and he is very excited and disappointed that I don't want to ride with anyone else. My solo preference is causing enough trouble that maybe I'll just ride with my family. I really just wanted to have a nice bike ride and meet up with people at the end. I don't understand why people take it so personally, but it's not worth it to do what I like most if it is going to send everyone into a dither.

I really have work to do. I'm sorry again that you feel badly, but you should re-establish appropriate boundaries and move on. Things will be fine.

Thanks for understanding,

alana

_____

From: Chernoff, Jonathan

Sent: Friday, October 17, 2014 4:45 PM

To: O'Reilly, Alana

Subject: Sunday

Alana, I'll find my own way up there and back on Sunday, most likely with Alfonso. Perhaps I'm making too much of it, but I feel intrusive and unwelcome right now, and that's new, uncomfortable, and upsetting. For better or worse, you're not simply a colleague, and I can't have you mad at me and not be affected. Maybe I just need to put more distance or something - I don't know - we'll see. Things will be OK later and I know that it's my behavior (driven mostly by loneliness, if you want to know) that's the cause of these problems, not anything you've said or done. As a friend, I have many flaws.

I still support you and your cause 100% and that won't change.

O'REILLY002317

J

Sent from my iPhone

O'REILLY002318

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Proposal
**Date:** Thu, 20 Nov 2014 21:22:46 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Saturday, October 18, 2014 12:07 PM
To: O'Reilly, Alana
Subject: Re: Proposal

Great!

I'll contact dale directly.

Btw: there was one bit of FCCC news I didn't share with you before, but it will be public soon enough and it does impact you, so I think you should know. Michael burton is resigning. I can tell you why if you want to know. Ironically enough, he's going to the pancreatic cancer association, based in California. I don't know what you think of him, but from where I stand he's been our most effective IA guy in years. I'm sad to see him go. He'll be gone within a few weeks.

J

Sent from my iPhone

> On Oct 18, 2014, at 11:58 AM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> Sounds good. If you can bring your bike over to Dale before 1, that
> would be awesome. He wants to load up the bikes tonight, and we have
> to take the kids to their Fall Festival this afternoon, so would be
> great to have the bikes ready to go in the garage for later. If that
> can¹t work, I¹m sure he¹ll fit it on in the morning. I think the
> kids¹ bikes will fit inside the car.
>
> There¹s a lock on the bike rack, so not a worry overnight.
>
> See you around 7 tomorrow morning,
> alana
>
> On 10/18/14, 9:49 AM, "Chernoff, Jonathan"
> <Jonathan.Chernoff@fccc.edu>
> wrote:
>
>> Hi Alana,
>>
>> I have a proposal for you. First, while there are still some
>> things I think we should talk about, it would go much better in
>> person and it can wait until after your big grant goes in in a couple

O'REILLY002084

>> of weeks. Would that be ok? I know you're under a lot of pressure
>> right now and need to focus on absolute have-tos. Second, if it's
>> still OK, I'd like to drive up with you tomorrow after all. I miss
>> seeing your kids and Dale, whom I haven't seen in quite some time,
>> and I miss seeing you too. I'm sure it will be fun, except for my
>> poor knees, which will never last for four hours of biking up and
>> down hills. I don't want to screw this up over what is sure to be a
>> temporary problem. You've helped me so much this year, first with my
>> big secret, then with my ailing mother, and also with the NYU thing. I am grateful for that, and other things too.
>>
>> Sorry for all the drama.
>>
>> J
>>
>> Sent from my iPad
>

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002085

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** magic button
**Date:** Mon, 20 Oct 2014 13:33:52 +0000
**Importance:** Normal

---

Dear Alana,

You had no way to know it, but when you said a few days ago that you wouldn't respond to this type of contact anymore (about FCCC secrets) you pressed a kind of magic button. The words and tone could have come straight out of one of Aline's letters. She was always talking about cutting contact; it was practically her signature phrase. Though the situations and characters could hardly be more different, when I read those words about contact, in my mind's eye I saw the same progression beginning: from being someone who is welcome, to someone who is tolerated, to someone who is a pest and a pain, a person to avoid and eventually banish. With her, at the end I was literally told to go away and never contact her again. Your words just struck me so hard, and I overreacted to an old wound that you had nothing to do with. And then, the next day, when you wrote that you'd meet in person if it had to be done, well, that made it worse. Obviously, I couldn't accept that offer, and my mind went dark. You were busy and under enormous pressure and I should have thought more about that before pressing you to meet me, especially for something that was just my personal problem. I'm sorry.

This thing with Aline, it's like an broken arrow in my flesh. It is getting better, with some outside help, but the scars and some of the pain will always be with me, and when someone accidentally pokes on the wound, it hurts. I see that more clearly now and will just have to learn to deal.

Of course friends can disagree and even wound one another sometimes. That isn't anything elemental or even particularly unusual. It had just never happened with us before and it felt terribly odd to me. I'm so used to us being on the same side, fighting against the various outrages and stupidities at work.

To get back to what started this ball rolling: I know you can't be my keeper of secrets. These tidbits about work are more like gossip, just something to write so that I'm not sitting alone doing crossword puzzles or playing solitaire. But I won't do it anymore, and I know it isn't your job to keep me entertained. As you've pointed out, I could and probably should get a dog or otherwise figure out a way to keep the loneliness at bay.

Yesterday was wonderful though. It was so nice to see the kids playing and goofing around. Jeff's daughter is a real live-wire, so very bright and outgoing. And the boys are perfect playmates. Nadia is in a class of her own, such an unusual girl. I suspect you had some similar traits when you were a girl.

I won't take it badly if you don't respond to this letter. I just wanted you to know why I went a little crazy last week, and now you know.

J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Random letter about reading
**Date:** Wed, 22 Oct 2014 03:36:32 +0000
**Importance:** Normal

---

Hi Alana,

What can I tell you today?  I've taken to reading many books at once, hopping from the pages of one book to another every little while.  It's mostly out of lack of sustained attention.  I used to be able to focus for long periods on a single task; no longer.  So, on my nightstand sits "In Patagonia" that John Taylor lent me; in the bathroom, a book of poems by Louise Gluck (she's very good); and in the kitchen, "Maddaddam", a dystopian novel by the Canadian writer Margaret Atwood.  Those, plus some scattered New Yorkers and Natures and Sciences, are more than plenty for these aging eyes.  I was just your age when I began to need reading glasses.  The ability to accommodate starts to go about that time and it is only then that one appreciates reading for the miracle it is.  I've got so many different combinations of contacts and glasses that sometimes I try random combinations to see, literally, what works best.  I started wearing glasses in second grade: big, ugly black plastic frames, a real poindexter look.  Luckily, I was an athletic and popular kid, so I didn't get teased too much about them.  But I hated wearing them, and I got my first contacts when I was just fifteen, hard lenses, made of a rigid, impermeable plastic.  How they ached!  I used to go outside just so that the breeze would take the pain away.  But I learned to wear them, and kept on wearing hard lenses until just a few years ago.  Upon switching to softies, I got that sensation of relief like that of the guy who stops banging his head against the wall and only then notices how much better he feels.  Come to think of it, that's pretty much the same sensation I get on days at work when I'm not overburdened with meetings.  Today was ok - at least we spoke of science - but so many gatherings I attend are dreary affairs at which nothing is accomplished or learned.  That is especially true on Monday mornings.  At my ECOR meetings, I try to mix things up, if only to keep things from getting too stale.  Whether I've been successful, you'd have to ask others.

And now my eyes have tired too much even to type, and so this letter ends.

J

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: ACS
**Date:** Thu, 20 Nov 2014 21:21:05 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Thursday, October 23, 2014 9:48 PM
To: O'Reilly, Alana
Subject: ACS

Hi Alana,

Well, that as a dreary evening. The only interesting thing was that that woman Trish, from Dr Fisher's party last month, was in attendance. She was very apologetic. She went way over the line at that party and I guess her husband let her know it. Tonight, she was perfectly fine.

This weekend we're going to visit Becca in Baltimore. It was her birthday on the 1st but we couldn't see her, mostly because her schedule, not ours, didn't allow it. She's an odd kid: so sweet sometimes, like the little girl she was, then so bitter and unhappy. I don't know that I'll ever figure out what happened with her. Mary Ann blames herself and me for unspecified parenting errors, but, having seen all sorts of parents of other children over the years, some more neglectful, or mean, or inconsistent, than we were, I can't put my finger on any irredeemable mistakes on our part. Like everybody, we did the best we could. I'm pretty used to blaming myself for all sorts of things (the therapist thinks I overdo it), but, in this case, I put it more on genetics and fate. I am much more hopeful about your little ones, who one can already see are going to be such great adults some day,

J

Sent from my iPad

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 10/24/2014 8:26:47 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: Anybody home? |


I will - thanks.  As Bill Clinton used to say: I feel your pain.  In this case, quite literally, as I'm in the same frantic spot.

Besides being a reader of your grant if desired, I can help in one other way: I'll hold off on the little personal stories and other random odds and ends for a while.  Good?

J

Sent from my iPhone

> On Oct 24, 2014, at 4:18 PM, "O'Reilly, Alana" <Alana.OReilly@fccc.edu> wrote:
>
> Sorry, I'm trying to be focused.  I'm not sure- I know the first paper was picked for Faculty of 1000 by Rob Krauss and featured in a Nature Reviews Stem Cells review.  I didn't pay as much attention to the second one.  It was the featured article in the issue where it was published and I mentioned in several reviews that followed, but I don't actually know if it was reviewed on its own anywhere.  I think Tiff keeps track of that stuff maybe.  Can you ask her?
>
> Sorry.  Very busy....
>
> alana
> _____
> From: Chernoff, Jonathan
> Sent: Friday, October 24, 2014 4:13 PM
> To: O'Reilly, Alana
> Subject: Anybody home?
>
> Hi Alana,
>
> Knock knock: anybody home? ;-)
>
> I'm figuring you're busy doing 100% grant stuff, but if you have room for 0.1% more, let me know about any notable metrics or publicity around your big JCB paper (if there were any).  It's one of three stories that we'll feature in the CB program write-up, I believe, and I'll add any good stuff I can find.
>
> Hang in there!
>
> J
>
> Sent from my iPhone
>

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: letter
**Date:** Thu, 20 Nov 2014 16:41:32 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Thursday, October 30, 2014 3:39 PM
**To:** O'Reilly, Alana M
**Subject:** letter

Dear Alana,

 Now that your grant is just about tucked away, there a few things I'd like to talk to you about in person. Before that, though, there are also some other important things that I'd like you to know, but will probably be too shy or flustered to say to you in person, so here goes.

 I don't treat everyone the same. There are at work a few special people who matter more to me that the others. You are one of those people. I think I was, for Anne, in former days. To be sure, she didn't neglect anyone, but she had a special place for me, as I do for you. I've told you this before, but I can't think of anyone at Fox Chase doing more fundamentally important work than you. The total number of papers or the amount of funding doesn't matter. What you're doing is such a beautiful mixture of biology and mechanism; I love it. It's what this place is all about. You tend to downplay its importance, but I think your work will end up having more impact than what most of the rest of us are doing, and that includes me. And for those few special people (Jeff is another), I would do almost anything to help advance their career. I know you wouldn't want any special favors, but you should realize that I absolutely believe in you and in your work, and you will always have my strongest support. If you need bridge funding at some point, you're going to get it. Your lab is going to stay intact whether you get this grant or not. As you know, I've stuck my neck out for others before, and I'd certainly do that and more for you. You're going to be OK.

 On the personal side, I can't pretend I treat you like everyone else either. I was always very fond of you, but when you were assaulted earlier this year I realized there was more to it than that. I've written about all that before, and I won't embarrass you with too much sentimentality, but the bottom line is that, to me, you're like family, and I am therefore not at all neutral in my feelings. Whether these feelings are entirely reciprocal (I've never asked, you've never said) doesn't matter so much and wouldn't change anything either way. That's why I strongly support causes that you care about, like the Immersion Science Program. It's a great thing you're doing, and, even if that were not the case, if it's important to you then it's important to me too, and I'd support your causes just as ardently.

 Finally, you've helped me with a lot of personal matters too and I am grateful. I was certain you'd condemn me, but instead you listened, without judging, when I needed someone to hear me, and pushed me to do something I'd never have done on my own in terms of seeking help. You should know that because of your advice, I'm in a better place now that I was before, though still have far to go. I regret subsequently abusing my privilege with you from time to time in our communications. As circumstances have changed, I've struggled to figure out where the proper boundaries lie. In truth, I still don't have a good grip on that, as you occupy a unique niche among my friends. It can get confusing, but I'm trying harder not to tell you things that you don't want to know or that might upset you in any way. It scared me

when you wrote that my note about the Union League a few weeks ago caused you so much grief that you'd didn't want to come to work anymore.  That's what the other guy did, and now I'd caused similar damage.  And if I were now on the other side – someone who hurts rather than helps – well, that's something I couldn't live with and goes against everything I would wish for you.  I've wanted to talk with you about it, but it all happened just as you were withdrawing, virtually unresponsive, into intense grant-writing mode.  It's that more that anything that prompted me to write this letter, and why it isn't a molehill for me, and why I want to set things right with you.  Call it "clearing the air" or whatever you will, but, now that the pressure is off a little, I'd like to talk with you for a half an hour and just get lighter and more comfortable again, like we've always been.  I don't want to go on feeling like an outcast and I think those thirty minutes would be better than a hundred more letters.

   If you would respond in some way, even with just a few lines so I know you've seen this letter, I'd appreciate it.  Or, if that's not possible, maybe you could just let me know if it would be OK to visit you again sometime.

Thanks,

J

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002027

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 11/1/2014 1:26:08 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | ? |

Hi Alana,

Have I said or done something to offend?  I'm puzzled at your continued silence; it's so unlike you.  Are you ok?  I know you've been busy, but in all the time I've known you, you've always been pretty quick to respond, so I wonder if you're upset with me.  I'm pretty bad at taking hints, so if there's something I should know, maybe it would be better to tell me?

The kids looked really cute yesterday, and Dale was quite a sport for going out in costume.  I never did that with Rebecca, though I did accompany her every year as the designated flashlight carrier (and occasional child-carrier, when she was very small).

J

Sent from my iPhone

Message

| | |
|---|---|
| From: | O'Reilly, Alana M [/O=FCCC/OU=RESEARCH/CN=USERS/CN=AOREILLY] |
| Sent: | 11/2/2014 9:24:35 PM |
| To: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/cn=RECIPIENTS/cn=MIGRATE753330714] |
| Subject: | Re: Theories |

You have to stop this. I'm going to get people involved if it doesn't stop. You are my boss and my
neighbor. This personal relationship you talk about does not exist on my end. I am friendly to everyone I
work with, something that has caused confusion before. I also have helped many people with life problems.
My personal relationships are different. You are my boss and my neighbor. This is not the behavior of
either.

 I cannot read these things anymore and haven't read the last several. I have an enormous workload and do
not have time to manage this. Indidnt have time before, but I helped you because you asked me to. I wish
I was never involved.  I don't want explanations for the constant barrage of personal information or
unfounded ponderings about what I think based on conversations about something else. I don't want to talk
to you  about anything outside of work issues as trust has been eroded by re-interpretatikns of things I
say in bizarre and frightening contexts (see below). It has gone completely overboard. If you cannot dial
things back to they way they were before you picked me to keep your life secret then I will have to get
someone else involved.

This is my work email. You are jeopardizing my job. Your feelings are your own and should be kept that
way.
Consider whether any faculty member ever got something like this or the other dozens of similar notes
from Ann Skalka.'it is completely overboard. It has to stop.

I'm at the point now where I will not discuss this without someone else there.

Please get control of this. It cannot go on anymore.

Alana


Sent from my iPhone

On Nov 2, 2014, at 10:31 AM, "Chernoff, Jonathan" <Jonathan.Chernoff@fccc.edu> wrote:

> Hi Alana,
>
> It may seem to you that I am increasingly untethered from reality.  I am upset though.  Sorry to be so
persistent, but every day that goes by makes it a little stranger and more obvious that something's not
right.  In the absence of information, I can only speculate about the reasons for your complete silence.
I've come up with three theories, all somewhat implausible.  It may be that all are totally off base - I
just don't know.  It seems you're not going to respond to whatever I say, even as I dig the hole deeper.
This is my attempt to understand why.
>
> 1)  You think I'm hitting on you.  Here's the thing about that: you've complained that you sometimes
get bothered at science meetings by guys who don't care at all about you, but who only want to sleep with
you.  But with me it's just the opposite: I care a ton about you, but I don't want to sleep with you.  If
you think otherwise, you're wrong.  I think of you like a beloved sister, not a potential mistress, and
I'm not in love with you.  Isn't that a good thing, to be known and cherished for being a talented and
good person, rather than desired simply for being a beautiful woman?  You're very special to me, just not
in that way, and I'd think you'd be glad about that.  After my last experience long ago, there's probably
no one less prone to considering an affair than I.  I have no designs on you beyond supporting you as a
colleague and keeping you as a dear friend, and it seems I'm failing pretty miserably.  And if you're mad
at me for some other reason, I can't imagine what it might be.
>
> 2)  Something's happened to you.  The kids seem fine, Dale seems fine, but are you fine?  You just rode
a long bike race, so you should be OK physically.  But maybe something else is going on?  But what?
Illness in the family?  Marital issues?  Problems with the kids?  Doubts about your career?  Obviously,
you don't have to tell me, but wouldn't it be kinder to just let me know that you've got some problems
that are behind the changed behavior, as opposed to leaving me wondering what I've done wrong?
>
> 3)  It's all about the grant.  This is what you've said, but seems the least likely.  Even very busy
people need breaks, and shooting out an email that says "don't worry, all is OK" takes maybe 30 seconds.
But total shutdown?  I mean, who does that?  Plus, your grant is finished now, I believe.
>
> Given more time, I'm apt to come up with even more crazy theories, but I don't want to.  Instead, I'd
like you talk with you tomorrow, and not about work-related issues.  But I won't stop by without your
permission, so if I don't hear from you, I'll stay away, and I'll stop bothering you with these letters
too.  I hope you'll invite me to visit, as I really do want to resolve this situation.  I feel just
awful.  Even if it's all in my head, it's bad enough now that it's keeping me awake at night.  We've been
good friends for six years now and I don't want to lose that.  Please say that you'll see me.
>

FCCC0001533

> J
>
>
> Sent from my iPad

FCCC0001534

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** Gmail
**Date:** Mon, 03 Nov 2014 03:04:13 +0000
**Importance:** Normal

---

Alana,

Please forgive me. I badly misinterpreted some things about you and I am to blame for that. I want you to remember a few things though, before you write me off as an untrustworthy or threatening person. Besides believing in you, and hiring you, I did try to help you recently when you needed it. I enlisted Eti, and Anne, and Erica, and I worked hard to get justice for you. I did that because you'd been wronged and I wanted to help.

Please remember that, and all the other good things, and not so much these last few weeks. I made some bad mistakes and I caused problems for you. Please believe me, these were mistakes, not an intent to harm, and don't judge the totality of our many interactions over the years on them alone. What I said in Friday's email about your science, it's absolutely true, and I'm proud for having recognized your talent and potential. And you've been a great neighbor too. And though it pains me to know that you don't think of us as friends, those other two things are more than enough. My feelings are what they are, but it was wrong to project them on you and think yours were necessarily the same. I'm very sorry about the confusion and the grief it's caused you.

I am asking for your forgiveness and the opportunity for one last try at a reset. I won't mess up this time and will not betray your trust in any way. Please.

J

O'REILLY002010

Message
_____

**From:**      Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714]
**Sent:**      11/3/2014 11:54:32 AM
**To:**        O'Reilly, Alana M [/o=tuh/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=O'Reilly, Alana M7e5]
**Subject:**   Re: RE:
_____


I'm sorry to hear that.  I'd be willing to have someone else present, or nearby, if that's what you wish.
It could be out in the open, in the cafeteria or courtyard or wherever you say.  It's very important to
me.  Please think about it for a few days.  There's too much at stake to just let things lie, and I know
this can be repaired.  I will respect your decision, whatever it is.

Emails are a lousy way to communicate.

J

Sent from my iPhone

> On Nov 3, 2014, at 6:43 AM, "O'Reilly, Alana M" <Alana.OReilly@fccc.edu> wrote:
>
> No, I can't have a discussion about this without someone else there.  It went way too far.
>
> alana
> _____
> From: Chernoff, Jonathan
> Sent: Sunday, November 02, 2014 5:46 PM
> To: O'Reilly, Alana M
> Subject:
>
> Alana, I'm so sorry.  I hear you and I apologize.  This whole thing began when you came to me for help.
I should have given it without involving you in my own issues.  Your problem triggered something in me
and I didn't know how to handle it.  You were kind enough to help me and I appreciate that.  And yes, I
had thought we were friends, not just colleagues.
>
> I meant you no harm and am very sorry for causing you distress.  I would be glad to return to the way
things were just a few months ago, and for several years before that.  you as a special scientist and
person, and I hope to be an asset to you.  I know I've failed you lately.  Don't give up on me through.
>
> I'm going to ask you a favor, based on the seven years we've known one another, without a speck of
trouble until a short time ago.  Please let me talk with you in person soon.  It will be brief and not
bizarre or uncomfortable.  It's important to me.  Please trust me a little on this.
>
> J
>
> Sent from my iPhone
>

FCCC0001537

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Ps
**Date:** Thu, 20 Nov 2014 21:17:42 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Monday, November 03, 2014 7:18 AM
To: O'Reilly, Alana M
Subject: Ps

One other thought: we could use Skype or something similar. Not as good as talking in person, but better than email and less threatening than a visit if you're uncomfortable seeing me right now.

Sent from my iPhone

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002068

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 11/3/2014 10:15:35 PM |
| **To:** | O'Reilly, Alana M [/o=tuh/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=O'Reilly, Alana M7e5] |
| **Subject:** | Re: Eti |

Ok.  Thanks for agreeing to see me.  I feel terrible about the whole thing, and I know it's my fault that things reached this point.  I hope you will be able to forgive me at some point.

J

Sent from my iPhone

On Nov 3, 2014, at 5:11 PM, "O'Reilly, Alana M" <Alana.OReilly@fccc.edu> wrote:

> I will speak to her first and ask her to schedule a meeting.
>
> Sent from my iPhone
>
> On Nov 3, 2014, at 4:25 PM, "Chernoff, Jonathan" <Jonathan.Chernoff@fccc.edu> wrote:
>
>> That would be OK with me.  Would you want me to contact her?
>>
>> **From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
>> **Date:** Mon, 3 Nov 2014 16:21:52 -0500
>> **To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
>> **Subject:** Re: Eti
>>
>> No. I would consider a meeting with Anne Skalka present but not any of my peers.
>>
>> Alana
>>
>> Sent from my iPhone
>>
>> On Nov 3, 2014, at 4:16 PM, "Chernoff, Jonathan" <Jonathan.Chernoff@fccc.edu> wrote:
>>
>>> Hi Alana,
>>>
>>> Would you be willing to speak with me if Eti were present?  She knows both of us pretty well and is a good person.  It will be embarrassing for me but still preferable to the current situation.
>>>
>>> I have not discussed with her, or anyone.
>>>
>>> J

FCCC0001542

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** apology
**Date:** Tue, 04 Nov 2014 16:06:04 +0000
**Importance:** Normal

---

Alana,

If you're willing to read, I want to explain something so you'll understand more about what happened, at least as I experienced it. It isn't an excuse – there is no excuse for what I've done – only a description.

Until a few weeks ago, we had for several months been emailing pretty frequently about a whole range of topics, not just work related things. Once or twice there was a stumble on my part, and a warning from you, but generally things were OK. Then something happened. After the Union League letter, I kept writing, but you stopped responding. Your whole attitude seemed to change abruptly. Remember I mentioned it just before the bike ride, that things seemed so oddly chilly? I couldn't understand it and was a bit hurt, and I ended up making the worst possible choice: I doubled down and wrote you even more frequently, about increasingly personal issues. And when you didn't respond to those either, and were so reluctant to talk in person, I went totally overboard, and said such disturbing things that you were finally moved to reply. And now here we are, not speaking to one another at all, with your trust in me gone.

We're going to be seeing one another for maybe twenty years to come, I hope, and it would be awful to have things remain like this. I made some huge mistakes. I was confused about the nature of our contact and misinterpreted your intent, and I am terribly sorry about that. It was nothing you did, so don't blame yourself for being friendly to people; that's a good trait. However angry you are, please remember that I am and have always been your supporter, and have treated you with respect and honor over the years. There is a long history of that. I respect and like you enormously, and the fact that I've recently caused you so much grief is devastating to me. When you say there is no personal relationship, I guess that's right, but we have been friends, haven't we? I don't think I'm wrong about that, though maybe we define it differently. Even before all this, we used to talk about plenty of things that weren't work related, like Rebecca's problems and Brendan's issues at school, and your occasionally critical mother in law, etc. Right now, I care more about that personal aspect of the situation than anything else, as there aren't any problems I'm aware of regarding how you're treated by me as a member of the Institute or as a neighbor.

I don't know what else to say, except that this is the worst experience in my 23 years here, even more so because I am the cause of the problem. I know you are suffering too, and I am profoundly sorry for injuring you. I ask your forgiveness and, with your permission, would like the opportunity to earn back your trust and friendship through good behavior and deeds.

J

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 11/4/2014 10:03:46 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: anne |

OK.  One of the things I do as part of my job, though, is to make rounds on Fridays to see people.  I've done that for years, as you know.  Is that still OK, or not?

J

---

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**Date:** Tue, 4 Nov 2014 17:00:43 -0500
**To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Cc:** Anna Skalka <Anna.Skalka@fccc.edu>
**Subject:** RE: anne

No.  As I agreed with Anne, I will answer emails or discuss only issues directly related to my work.  The boundaries are re-set as of today to contact about work issues only.  There will be no more emails or discussion of personal issues or confidential work-related information any more.

Alana

---

**From:** Chernoff, Jonathan
**Sent:** Tuesday, November 04, 2014 4:18 PM
**To:** O'Reilly, Alana M
**Subject:** anne

Hi Alana,

  I just spoke with Anne.  If it is possible, I would still like to talk with you briefly at some point, but if that isn't possible, I understand.  To me, that's been the missing element and a cause of much trouble.  Just let me know.

J

PS- I had sent you a Gmail this morning, but I won't send any more unless you want me to.

FCCC0001570

Message

| | |
|---|---|
| **From:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent:** | 11/4/2014 10:08:13 PM |
| **To:** | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject:** | Re: anne |

Also, I would like to know about rules at Evergreen Rd.  Am I to avoid Dale and the kids too?  Should I not follow through with the snowblower and other similar things?   I will abide by whatever you say.

---

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**Date:** Tue, 4 Nov 2014 17:00:43 -0500
**To:** Jonathan Chernoff <Jonathan.Chernoff@fccc.edu>
**Cc:** Anna Skalka <Anna.Skalka@fccc.edu>
**Subject:** RE: anne

No.  As I agreed with Anne, I will answer emails or discuss only issues directly related to my work.  The boundaries are re-set as of today to contact about work issues only.  There will be no more emails or discussion of personal issues or confidential work-related information any more.


Alana


---

**From:** Chernoff, Jonathan
**Sent:** Tuesday, November 04, 2014 4:18 PM
**To:** O'Reilly, Alana M
**Subject:** anne

Hi Alana,

  I just spoke with Anne.  If it is possible, I would still like to talk with you briefly at some point, but if that isn't possible, I understand.  To me, that's been the missing element and a cause of much trouble.  Just let me know.

J

PS- I had sent you a Gmail this morning, but I won't send any more unless you want me to.

FCCC0001571

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** today
**Date:** Fri, 07 Nov 2014 14:18:17 +0000
**Importance:** Normal

---

Hi Alana,

As we aren't able to meet today, I am writing to you about one of the items I had wanted to discuss. What follows includes some items of a personal nature, but, as they have a direct bearing on the workplace, I thought it would not violate our agreement if I shared them with you.

I might be going on leave for a while. A couple of months ago, because I'd lost a lot more weight than intended, had no appetite, and wasn't sleeping much, my therapist recommended that I try an antidepressant. Those pills have been doing a real number on me and are making things much worse, in my opinion. I am 175 now (down from 200 last year) and still dropping, am nauseous much of the time, and I can't focus or think straight, so I'm going off them now. If that doesn't work, then I'm considering taking a leave of absence so that I can devote more energy towards getting myself together again, someplace away from here. As you may have noticed, my behavior has been pretty erratic lately. I'm just too labile and that isn't me, and I'm hurting people.

I'm telling you this for two reasons. First, if you're willing, I'd like you to look after the house. There might be some packages or other odds and ends. It doesn't have to be for me; consider it a favor for Mary Ann. Second, if I go away, I'd like you to consider stepping in for me on an interim basis as Cancer Biology co-leader. Joe 's health is better now and he can do most of the grunt work. I want you there mostly to keep the science and recruiting honest (there are always external pressures to cut corners), plus, I think you have organizational talents that could benefit the program. I can probably get Warren to do it if you'd rather not, but I'd prefer it were you. Please consider it and let me know what you decide.

I'm going to decide over the next week or two. Obviously, if I go, I'll have some explaining to do to a lot of people, in particular Mary Ann, though I don't see any need to mention specific incidents. And this isn't just about what I did to you; rather what I did to you was a consequence of my inability to cope with various stresses in my life, which this year have been more severe than most. Distressing a friend, or anyone, isn't acceptable, and isn't part of my normal nature. I hope you know that, based on our long acquaintance. I'm hoping that some of this weird recent behavior is related to the medication, but I don't really know right now, and, in any case, I was still responsible for my actions. Once again, words can't convey how sorry I am that they affected you.

J

O'REILLY002012

Message

| | |
|---|---|
| **From:** | O'Reilly, Alana M [/O=FCCC/OU=RESEARCH/CN=USERS/CN=AOREILLY] |
| **Sent:** | 11/7/2014 10:36:24 PM |
| **To:** | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **CC:** | canuck727@yahoo.com |
| **Subject:** | RE: today |

Stop means stop.  Personal issues and emails are not OK and what you said is not a work issue.  Get the help you need and leave me alone.

alana

---

**From:** Chernoff, Jonathan
**Sent:** Friday, November 07, 2014 9:18 AM
**To:** O'Reilly, Alana M
**Subject:** today

Hi Alana,

I have sent a note to your Gmail account.  It is about a job-related issue, but I preferred not using FCCC email because the subject matter is rather delicate.

J

FCCC0001579

**From:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**To:** Jonathan Chernoff <jongen1@gmail.com>
**Subject:** Re:
**Date:** Sat, 08 Nov 2014 03:18:37 +0000
**Importance:** Normal

---

It is not appropriate for me to be a co-leader of a CCSG program as I have neither the credentials nor the cancer research experience/ NCI funding required.  Most, perhaps all, other program members would be more appropriate. In addition I have more than I can handle already in terms of institutional commitment, so you will have to find someone else.

On Fri, Nov 7, 2014 at 6:22 PM, Jonathan Chernoff <jongen1@gmail.com> wrote:
Alana

   Can we dial this back a little?  You said you wanted to reset to where we were before "the secret".  This isn't that.  You've told me about health related issues before, and mine could affect things at work.  I'm not looking for your sympathy or even understanding, so forget about my problems.  The main question was: would you be willing to step in for the Program?  The second part, about looking in on the house, would be nice, but isn't as important or work related, so forget I asked about it.

Sent from my iPad

O'REILLY002014

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** -
**Date:** Sat, 08 Nov 2014 14:33:45 +0000
**Importance:** Normal

---

Hi Alana,

This note is written entirely in my role as your friend and neighbor.

Why are you so hard on me? I don't get it. I'm not your enemy. I messed up, and I've apologized many times for that. What about the thousand good things that came before? To this day, on my wall hang two drawings your kids made when Woody died. You have a fly pin I got you when you made tenure. Nadia makes me tea and I guide her to the deep end of the pool. This is about our friendship, not the workplace, where you are and always will be treated very well. Can we not get past this? Anne told me you think I watch you from my house. What am I to say to that? It's like a bad joke. What am I now, your stalker? I helped protect you from a stalker. Don't you remember, when others doubted your story, I backed you 100%. Now when I go out to get the paper, must I worry about which way my glance is pointed?

You've said you'd like to return to our pre-summer relationship. I'd like that too. It was always a pleasure to see you and there was no tension, and there was no strict protocol that governed our conversations. I have a proposal on how we might get back there, a kind of experiment. I'd like to turn off the switch and reduce our contact to an absolute minimum for now. I think that's what you want anyway. Then, in the new year, I'd like to flip the switch back on and see where we are. My theory is that something's that's been good for years, but bad for months, will tend to revert to normal over time. If you're still as angry at that point, then we can conclude that the damage is irreparable, and I'll reluctantly give up on the idea that we're still friends, and will move on.

I don't believe you've said a single yes to anything I've asked lately but I hope you'll consider this proposal.

J

Sent from my iPad

**Subject:** Snow blower

**From:** Chernoff, Jonathan (Jonathan.Chernoff@fccc.edu)

**To:** canuck727@yahoo.com;

**Date:** Sunday, November 9, 2014 7:38 AM

Hi Dale,

I guess you are aware that Alana and I are having some issues. I've agreed to minimize contact with her. I apologize to you also for causing her grief. Given the tensions, it's probably best to hold off on the joint snow blower, at least for this year. I hope things will get better, as I am genuinely fond of the whole family and would hate to be estranged permanently.

Jon

Sent from my iPad

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

Message

| | |
|---|---|
| **From**: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent**: | 11/10/2014 5:37:12 PM |
| **To**: | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject**: | Friday |

Hi Alana,

   It's been ages since we spoke in person, and I'd like to maintain contact on science issues, so I'd like to come by on Friday at tea time as I have often done before.  The topics I'd like to discuss are general progress (you mentioned that things were going really well on some aspect of the grant proposal experiments), the grant itself, and also some issues relating to Tiffany's mentoring.  If allowed, I'd also like to ask in general how the kids are, etc, like I would for Jeff or Warren anyone else I visit.  But if the latter type of question is off limits, I won't ask.  Also, if you'd prefer not to meet at all for the time being, we can defer until after the holidays.

   May I see you on Friday?

J

Message

| | |
|---|---|
| **From**: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent**: | 11/10/2014 9:52:24 PM |
| **To**: | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject**: | Friday |

Alana, I'm trying my best to do the right things. That is, to do my job properly and not bother you about anything beyond the job, as you requested. Could you help me a little by responding to routine, work-related emails? My experience is that you usually answer quite quickly. If you're still too angry to do that (which I would understand), then please tell me that directly so I don't need to guess, and I'll let you alone until you're ready to work with me again. I don't want to cause you more grief, but I don't know exactly what to say or do.

J

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** -
**Date:** Tue, 11 Nov 2014 04:24:30 +0000
**Importance:** Normal

---

Alana,

I know you to be a kind person. I've experienced it myself many times. I've seen it with Jeff, when you sat by his side so often during his chemo sessions. You even considered accompanying Bea to the ER when she fell, and she's been horrible to you. Though I've wronged you, could you spare a little kindness for me? I'm hurting too.

Anne said you think I'm obsessed with you. Alana, I know what it is to be obsessed with someone, and this isn't it. That's what I was trying to tell you in that awful letter last week. But it's hard to just let this go, because even if we're not nearly as close as I'd imagined, you and Dale and your children have been our friends, and I feel terrible that I upset you so much that you won't communicate with me anymore, even about work, and even by email. I don't know what else to do or say.

J

O'REILLY002016

Message

| | |
|---|---|
| **From**: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent**: | 11/11/2014 7:37:43 PM |
| **To**: | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject**: | Friday, again |

Alana,

I don't know why you're not responding to email. I'm writing to you because it's less intrusive than a telephone call or a knock on your door.

Here's the deal: I need to see you. Why? Because I need to better understand where your lab is at. In all likelihood, you won't get refunded right away on your R01 renewal, if for no other reasons than times are tough and you don't have a lot of senior publications compared to some others. I know that what you have published, in particular the cholesterol/stem cell story, is absolutely first-rate, but I need to know more than that, because I will be your chief advocate for institutional lab funding if you come up short next year. My intent is to fight like hell to keep your entire operation intact, just like I did for Jeff and Alexei last year, but I need some ammunition that only you can provide.

Yes, I'd love to be able to establish some normalcy and speak face to face – I don't deny that – but this isn't some sort of trick to get you in a room alone. If that's the issue, you can come see me instead, with Anne Carson just outside. Or Tiff can be present, or you can record the whole thing; I don't care. As you know, I am a true believer in your talent and future; that's why I hired you in the first place. Don't turn away my real assistance over a few very stupid letters or an imagined obsession that doesn't actually exist.

So you are not surprised, this Friday at around 3:30, I intend to visit. If this seems awfully formal, it's only because, incredible as it seems given all our past visits, I don't know how you'd react if I came unannounced. If you can't see me or don't want to, please tell me and I will reschedule. Otherwise, I'm going to show up with an expectation to have a conversation. Of course, you can always refuse to see me at the time or can happen to be absent from your office.

J

PS. I apologize for the sharp tone of this letter. I'm not mad at you, only frustrated.

FCCC0001584

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: today
**Date:** Thu, 20 Nov 2014 21:15:09 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Wednesday, November 12, 2014 8:26 AM
**To:** O'Reilly, Alana M
**Subject:** today

Hi Alana,

  I would like to stop by for a brief (~5 min) visit sometime late this afternoon.  May I?   If I don't hear from you, I will assume it's OK.

J

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: Hi
**Date:** Thu, 20 Nov 2014 21:14:58 +0000
**Importance:** Normal

-----Original Message-----
From: Chernoff, Jonathan
Sent: Wednesday, November 12, 2014 6:17 PM
To: O'Reilly, Alana M
Subject: Hi

Hi Alana,

I'm sorry I missed you today. Tiff tells me you're working on another grant, which is good. I had a talk with her today about her ACS project, and I think the aims are terrific. Based on what I've seen, I think she has a reasonably good shot at getting this grant. Also, whether or not that happens, I think she could use that same project for other funding mechanisms.

I hope to be able to catch up with you briefly tomorrow if possible.

J

Sent from my iPad

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002060

| | |
|---|---|
| **Subject:** | Re: - |
| **From:** | Chernoff, Jonathan (Jonathan.Chernoff@fccc.edu) |
| **To:** | canuck727@yahoo.com; |
| **Date:** | Friday, November 14, 2014 9:21 AM |

Of course. It took a while but I have stopped now. This whole thing is so strange. There's a lot that I don't understand and probably will never understand about how things got to where they are now. But that's my problem. I hope you know that I never intended to cause Alana or you any distress and deeply regret that I failed. I do have to deal with her at work but will cut that back as much as is feasible without damaging her career. My goal is to restore her trust, and yours too, even if that takes a long time. I especially feel sad about losing contact with your kids.

I'm sorry too. Of all the people to hurt, you guys would be last on my list.

Jon

PS. Mary Ann knows nothing of this, and I'd prefer it stay that way if possible.

Sent from my iPhone

On Nov 14, 2014, at 8:55 AM, "Dale Russell" <canuck727@yahoo.com> wrote:

> Jon,
> There is nothing I can say to you on the topic. Two weeks ago Anne also asked that you cease communicating with Alana. That didn't happen, and that's what led to where things are now. The only thing you can do now is cease 100% with the emails. That means not sending her an email telling her that you and I traded notes. It means stop, cold turkey. Then give it time. Maybe a lot of time.
> Sorry.
> Dale

---

**From:** "Chernoff, Jonathan" <Jonathan.Chernoff@fccc.edu>
**To:** Dale Russell <canuck727@yahoo.com>
**Sent:** Thursday, November 13, 2014 1:32 PM
**Subject:** -

Hi Dale

   Would it be possible to have a conversation sometime? I'd like to talk about this situation with Alana. Anne Skalka suggested it might be a good idea.

Jon

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable

**Subject:** -

**From:** Chernoff, Jonathan (Jonathan.Chernoff@fccc.edu)

**To:** canuck727@yahoo.com;

**Date:** Saturday, November 15, 2014 6:29 PM

Hi Dale,

Dale, I'm not expecting a response to this letter but I want you to understand why I was so maddeningly persistent in emailing Alana (now stopped). She and I haven't exchanged an actual word in person since the bike race, and that's been a big part of the current problem.

As I sit here now, almost exactly a month after this thing began, I'm still in a state of shock. What's this all about anyway? How in the world could one have gone from a friend to an enemy so quickly?

You probably know that Alana and I had been trading emails for months. Early in the summer, I had told her about some events from my past, and she helped me with those issues. Later, we continued to write, maybe two or three times a week on average. Most of these letters weren't particularly dramatic or intimate, especially on her part. It was more like we were friendly pen pals, and most of the exchanges were of general interest or a bit gossipy and full of her exclamation points. Then, one night in mid-October, I wrote her a bit of gossip about Bob Beck (how much his Union League membership cost). The next day, she wrote back an extremely angry email that she didn't want to know about Fox Chase secrets and that this was distressing her so much that she didn't want to come to work. It was like a switch had been flipped, and I was completely flabbergasted. I'd never seen her this angry and it just seemed so out of proportion. In fact, up to that point I'd never seen her angry with me for any reason. I apologized several times but her whole demeanor changed after that. I then made the mistake of trying to figure out how things had gotten so bad so fast, but she wouldn't talk to me or respond to those letters. That frustrated me even more, and I stupidly upped the ante. Finally, in complete frustration at the lack of communication, I wrote her a terrible letter. I wrote that, as unlikely as it seemed, the only theory that made any sense to me was if she thought I was interested in her physically. I told her that that was not the case (and it isn't). I shouldn't have gone there - I know that - and now she's apparently thinking that I'm some kind of obsessed stalker. The ironies are just too painful, as I did more than anyone else to protect her from that crazy janitor

Once on her bad side, there was no sense of proportionality or any hope of return. It was as if all the preceding years didn't count for anything or even exist. I think you know that I have always been her biggest supporter, from hiring her to helping get her program started up, and, more recently, with supporting the immersion program. On a more personal side, just this spring, when the senior administration was convinced she was some kind of kook and wanted to send her to counseling, I was the one telling them that it wasn't so, and I've continued to push back on the HR issue ever since. She was a nervous wreck at the time, and I did my best to help her, getting Anne, Eti, Mary Daly, and Erica on board to help her. But you know all that, and she does too. And we've all of us been good neighbors for years, as far as I can tell. So you can imagine how painful it was for me to learn that, despite a mountain of evidence to the contrary, according to Alana we've never actually been friends. Maybe she just defines it differently, I don't know, but it is hard to forget what she wrote. I have to assume she meant it.

I'm not asking anything of you; I just wanted you to know what's going on as I see it. It's what I had wanted to talk to you about. I feel absolutely terrible about the whole thing. I like Alana so much as a person and a scientist, and you too, and obviously, the kids. Despite recent screw-ups, I've always been there for her. I just don't know what to do to fix this, either here or at work. As you said, I'm just going to give it time and hope that she changes her mind about me. What else, really, can I do?

Jon

Sent from my iPad

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY000003

**From:** "O'Reilly, Alana M" <Alana.OReilly@fccc.edu>
**To:** "alanamarieoreilly@gmail.com" <alanamarieoreilly@gmail.com>
**Subject:** FW: 5
**Date:** Thu, 20 Nov 2014 20:49:33 +0000
**Importance:** Normal

---

**From:** Chernoff, Jonathan
**Sent:** Wednesday, November 19, 2014 3:45 PM
**To:** O'Reilly, Alana M
**Subject:** 5

Hi Alana,

  I'd like about five minutes of your time, but have been reluctant to attempt to see you in person without your explicit permission.  Maybe I'm just imagining things, but It seems like we're completely avoiding one another and we haven't exchanged a single real word in weeks.  Even under the circumstances, that seems weird to me.  I wonder if we might at least recover some form of a working relationship?  The personal stuff, such as it is, can wait, but I'd like to get back to being at least formally cordial at work if possible.  There are in fact a number of work-related issues I've wanted to talk with you about.

J

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

O'REILLY002058

Message
| | |
|---|---|
| **From**: | Chernoff, Jonathan [/O=FCCC/OU=RESEARCH/CN=RECIPIENTS/CN=MIGRATE753330714] |
| **Sent**: | 11/20/2014 3:46:08 PM |
| **To**: | O'Reilly, Alana M [/o=FCCC/ou=RESEARCH/cn=Users/cn=AOreilly] |
| **Subject**: | CURE |

Alana,

You are making my job very difficult.  I am dealing with several issues related to your lab and your refusal to communicate has left me in the dark.  I've acted in your interests where I can, as in awarding you a CURE project, and I will soon be involved in several internal grant reviews for which you or Tiff have projects.  I'm patching together information from secondary sources, but it would be far easier and more productive to simply speak with you as I would with anyone else on the faculty.  Believe it or not, I am trying my best to help you, just as I am supposed to do.  I am your ally, not your enemy.

Whatever personal stuff is or isn't going on between us (and I am almost equally in the dark there), there is no good reason to behave this way at work.

Please do me the courtesy of acknowledging this email.

J

FCCC0001599