IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ALANA M. O'REILLY, Ph.D., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 2:24-CV-05315 |
| v. | : | |
| | : | (JUDGE MARSTON) |
| | : | |
| | : | [ELECTRONICALLY FILED] |
| THE INSTITUTE FOR CANCER RESEARCH, TEMPLE UNIVERSITY HEALTH SYSTEM, TEMPLE UNIVERSITY, and JONATHAN CHERNOFF, MD, Ph.D., | : : : : : : | |
| Defendants. | : | |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
AND/OR LIMIT EVIDENCE OF
<u>SPECIFIC INSTANCES OF PRE-JANUARY 2023 MISTREATMENT</u>**

Defendants the Research Institute of Fox Chase Cancer Center, Temple University Health System, Temple University, and Jonathan Chernoff, M.D., Ph.D. ("Defendants"), by counsel, hereby file this Motion in Limine to preclude Plaintiff Alanna M. O'Reilly and her counsel from making any argument or reference, or from offering any evidence or testimony, relating to any and all instances of alleged, specific mistreatment of her prior to January 2023. This Motion incorporates by reference, as grounds supporting this Motion, the reasons set forth in the attached Brief.

WHEREFORE, Defendants respectfully request that the Court grant this Motion in Limine and issue an Order in the form of the proposed Order filed herewith.

                        Respectfully submitted,

                        **COZEN O'CONNOR**

                        <u>/s/ Benjamin L. Shechtman</u>
                        Benjamin L. Shechtman
                        bshechtman@cozen.com
                        Elizabeth A. Malloy
                        emalloy@cozen.com
                        1650 Market St., Suite 2800
                        Philadelphia, PA  19103
                        Telephone:  (215) 665-2046
                        Facsimile:  (215) 372-2344

Dated:  September 26, 2025              Attorneys for Defendants