EXHIBIT 1

**From:** "Jonathan Chernoff <jongen1@gmail.com>" <jongen1@gmail.com>
**To:** "Alana O'Reilly" <alanamarieoreilly@gmail.com>
**Subject:** 12/25
**Date:** Thu, 25 Dec 2014 12:46:25 +0000
**Importance:** Normal

---

Dear Alana,

   While I realize that things are at a low point between us at every level, I want you to know that I think well of you and wish you, Dale, Brendan, Nadia, and Wicky a happy holiday.  If we want, things can get better next year.

Sincerely,

Jon

**EXHIBIT**
<u>P-Dep 33</u>

O'REILLY002668