IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA M. O'REILLY, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE INSTITUTE FOR CANCER RESEARCH, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 24-5315-KSM |

**ORDER**

**AND NOW**, this 2nd day of October, 2025, it is **ORDERED** as follows:

1. Upon consideration of Defendants' Motion for Summary Judgment as to All Remaining Claims (Doc. No. 46), Plaintiff's opposition brief (Doc. No. 48), Defendants' reply brief (Doc. No. 52), and the arguments made during oral argument on September 24, 2025, it is **ORDERED** that the motion is **GRANTED**. **JUDGMENT** is entered in favor of Defendants on all remaining counts.

2. Upon consideration of Plaintiff's Motion to Preclude Testimony by Defendants' Designated Expert, David T. Curiel, M.D., Ph.D. (Doc. No. 42), Defendants' opposition brief (Doc. No. 50), and the arguments made during oral argument on September 24, 2025, it is **ORDERED** that the motion is **DENIED AS MOOT**.

3. Upon consideration of Plaintiff's Motions in Limine to Exclude Defendants' Trial Exhibits D-83 and D-84 relating to Plaintiff's Salary Data and to Exclude the Summary Statement Critiques of Plaintiff's Grant Applications (Doc. Nos. 60–61), it is **ORDERED** that the motions are **DENIED AS MOOT**.

      4.      Upon consideration of Defendants' Motions in Limine to Exclude and/or Limit Evidence of Specific Instances of Pre-January 2023 Mistreatment, to Exclude Plaintiff's Trial Exhibit P-74, to Exclude Unidentified Instances of Alleged Retaliatory Harassment, to Exclude January 18, 2023 Photo Allegations and Evidence, and to Exclude Irrelevant and Unfairly Prejudicial Standards (Doc. Nos. 62–67), and Plaintiff's opposition briefs (Doc. Nos. 68–72), it is **ORDERED** that the motions are **DENIED AS MOOT**.

      5.      The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.